**BUTLER SNOW LLP**
Adam M. Langley
R. Campbell Hillyer
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
901-680-7200
Adam.langley@butlersnow.com
Cam.hillyer@butlersnow.com

*Attorneys for FedEx Supply Chain Logistics & Electronics, Inc.*

**ROCHELLE MCCULLOUGH**
Kevin McCollough
Shannan Thomas
901 Main St. #3200
Dallas, TX 75202
214-953-0182
sthomas@romclaw.com
kdm@romclaw.com

*Attorneys for Laurie Dalh Rea, as Chapter 7 Trustee for the Debtor*

**MUNSCH HARDT KOPF & HARR, P.C.**
Davor Rukavina
Conor White
500 N. Akard St., Ste 400
Dallas, TX 75201
214-880-1085
cwhite@munsch.com
drukavina@munsch.com

*Attorneys for Scott Seidel, as Chapter 7 Trustee for Goodman Networks, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GENESIS NETWORKS TELECOM | § | Case No. 24-33835 |
| SERVICES LLC | § | |
| Debtor. | § | |
| | § | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**JOINT WITNESS AND EXHIBIT LIST FOR HEARING ON JANUARY 23, 2025 FILED BY FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC, LAURIE DAHL REA, AS CHAPTER 7 TRUSTEE OF THE DEBTOR, AND SCOTT SEIDEL, AS CHAPTER 7 TRUSTEE OF GOODMAN NETWORKS, INC.**

FedEx Supply Chain Logistics & Electronics, Inc. ("FedEx"), Laurie Dahl Rea, as Chapter 7 Trustee for the Debtor, and Scott Seidel, as Chapter 7 Trustee of Goodman Networks, Inc., hereby submit this Joint Witness and Exhibit List for the hearing currently scheduled for January 23, 2025, at 1:30 p.m. in connection with FedEx's Motion for Order Directing Rule 2004 Examinations of (i) the Debtor, (ii) Endeavor Managed Services, Inc., (iii) Symbiont Ventures LLC f/k/a Goodman Investment Holdings LLC, and (iv) James Goodman (ECF No. 63), the joinders thereto filed by the trustees for the estates of the Debtor and Goodman Networks Inc.

1

(ECF Nos. 65 and 66), and the objection thereto filed by James Goodman and Symbiont Ventures

LLC (ECF No 69).

## WITNESSES

1. Laurie Dahl Rea, as trustee for the Debtor;

2. James Goodman; and

3. Tina Younts.

FedEx reserves the right to call any witness designated or called by other party and to call unlisted

witnesses for purposes of impeachment or rebuttal.

## EXHIBITS

| Ex. No. | Description |
|---|---|
| 1 | Voluntary Petition under Chapter 7, signed by Tina Younts, as Executive Assistant/SupplierDiversityM (ECF No. 1) |
| 2 | Schedules and SOFA, signed by Tina Younts, as Executive Assistant/SupplierDiversityM (ECF No. 11) |
| 3 | Goodman Investment Holdings/Endeavor Possible Transaction Structure Flow Chart (EMS_002951) |
| 4 | April 2022 Email Chain among Anthony Rao, General Counsel Goodman Investment Holdings, Jay Bock, CEO of the Debtor and Endeavor Managed Services, and Joey Alcorta (EMS_002147) |
| 5 | Certificate of Company Resolutions, Company Status, Incumbency and Consent of the Members of Genesis Networks Enterprises LLC, dated May 31, 2022 (EMS_002067) |
| 6 | Collective Exhibit: (i) Asset Purchase Agreement between Genesis Networks Telecom Services, LLC and Endeavor Managed Systems, Inc., dated May 31, 2022 (EMS_002079) and (ii) Schedules to Asset Purchase Agreement between Genesis Networks Telecom Services, LLC and Endeavor Managed Systems, Inc., dated May 31, 2022 (EMS_002102) |
| 7 | Bill of Sale, Assignment and Assumption of Liabilities Agreement, dated May 31, 2022 (EMS_002098) |
| 8 | Transition Services Agreement between the Debtor and Endeavor Managed Services Inc., dated July 8, 2022 (EMS_002052) |
| 9 | November 2022 Email Chain among Anthony Rao and Adam Langley |

| 10 | July 2022 Email Chain among Zachary Wiebe, CFO of the Debtor, Jay Bock, CEO of the Debtor, and Billy Rohrlich, Winstead (EMS_004317) |
|----|----|
| 11 | Term Loan Agreement between Goodman Investment Holdings, LLC, and Prosperity Bank, dated September 5, 2023 (EMS_001241) |
| 12 | March 2021 Email Chain among, Scott Greenwood, Director of Finance and Treasury at Goodman Networks, and Brad Kozma (EMS_000384) |
| 13 | Goodman Networks Bank Statement for Legacy Texas*1838 Account for March 2020 (Goodman_006225) |
| 14 | Resignation Letter of Zachary J. Wiebe, dated November 9, 2023 (EMS_000200) |
| 15 | Letter Memorializing Loan from Network Investments, LLC, dated February 26, 2020 (Jonathan G. 000368) |
| 16 | Amended and Restated Loan Agreement between Goodman Investment Holdings LLC and Network Investments LLC, dated October 2, 2020 (EMS_002640) |
| 17 | Fifth Amended and Restated Senior Secured Promissory Note between Goodman Investment Holdings, LLC and Network Investments, LLC, dated April 19, 2023 (EMS_002666) |
| 18 | Linkedin Screenshot for Endeavor Telecom – now a Onepath Company (last viewed January 16, 2025) |
| 19 | Assignment, Assumption and Consent between Genesis Networks Enterprises LLC and Endeavor Managed Services, Inc., dated September 29, 2022 (EMS_002838) |
| 20 | August 2024 Email Chain re Genesis Networks Telecom Services, Inc. – 2004 Notices among Deborah Williamson, Adam Langley, Cam Hillyer, Davor Rukavina, Thomas Berghman, Conor White, Kevin McCullough, Shannon Thomas, Marty Seidler, and Randy Pullman |

Dated: January 20, 2025

Respectfully submitted,

**ROCHELLE MCCULLOUGH, LLP**

*/s/ Shannon S. Thomas*
Shannon S. Thomas (TX Bar No. 24088442)
Kevin D. McCullough (TX Bar No. 00788005)
901 Main Street, Suite 3200
Dallas, Texas 75202
Telephone: (214) 953-0182
Facsimile: (214) 953-0185
kdm@romclaw.com
sthomas@romclaw.com
***COUNSEL FOR LAURIE DAHL REA, AS TRUSTEE OF THE DEBTOR***

**BUTLER SNOW LLP**

*/s/ Adam M. Langley*
Adam M. Langley (Admitted Pro Hac Vice)
R. Campbell Hillyer (Admitted Pro Hac Vice)
6075 Poplar Ave., Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
alangley@butlersnow.com
chillyer@butlersnow.com
***COUNSEL FOR FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC.***

**MUNSCH HARDT KOFF & HARR, P.C.**

*/s/ Davor Rukavina*
Davor Rukavina (TX Bar No. 24030781)
Thomas D. Berghman (TX Bar No. 24082683)
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
drukavina@munsch.com
tberghman@munsch.com
***COUNSEL FOR SCOTT SEIDEL, AS TRUSTEE FOR GOODMAN NETWORKS, INC.***

## CERTIFICATE OF SERVICE

I, Adam M. Langley, certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically in this case.

Dated: January 20, 2024

*/s/ Adam M. Langley*

92001740.v4

4