# Adam Langley

| | |
|---|---|
| **From:** | Rao, Anthony J <anthony.rao@getunified.com> |
| **Sent:** | Thursday, November 17, 2022 2:32 PM |
| **To:** | Adam Langley |
| **Cc:** | Cam Hillyer; Candice Carson; 'Kleinsasser, Matthias' |
| **Subject:** | RE: Genesis-Telecom Deposition |

Hello:

I do not represent anyone or entity, nor am I the General Counsel for any entity. I work business strategy for several holding company entities.

My understanding is that GNTS is in the process of engaging counsel to represent it in this matter. I am happy to provide an update as to GNTS's progress.

**Anthony J Rao**

Chief Strategy & Compliance Officer

GIH LLC dba Symbiont Investments Companies

**M: (646) 596-1610**

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

---

**From:** Adam Langley <Adam.Langley@butlersnow.com>
**Sent:** Thursday, November 17, 2022 3:20 PM
**To:** Rao, Anthony J <anthony.rao@getunified.com>
**Cc:** Cam Hillyer <Cam.Hillyer@butlersnow.com>; Candice Carson <Candice.Carson@butlersnow.com>; 'Kleinsasser, Matthias' <mkleinsasser@winstead.com>
**Subject:** Genesis-Telecom Deposition

Good afternoon Mr. Rao,

I represent FedEx Supply Chain Logistics & Electronics, Inc., related to the involuntary bankruptcy of Goodman Networks, Inc. My partner Danny Van Horn indicated that you represent Genesis Networks Telecom Services, LLC ("Genesis-Telecom") and James Goodman related to a separate matter that he is handling. I also understand that you are General Counsel for Genesis-Telecom. Early this week, my partner Candice Carson issued the attached Subpoena that was served

1

on Genesis-Telecom. The deposition is set for November 28. We also issued and served a separate subpoena on James Goodman, who is being represented by Matthias Kleinsasser. Matthias indicated that he was not representing Genesis-Telecom. I'd like to confer with you regarding the Subpoena to Genesis-Telecom and possibly moving the deposition to November 29 when Matthias has agreed to make James Goodman available. Is there time tomorrow that you can be available to discuss? I'd propose a call at 11am (central) but can be flexible. Please let me know if there is outside counsel that should also be on the conference.

Best regards,

Adam

**Adam M. Langley**
**Butler Snow LLP**

D: (901) 680-7316 | F: (901) 680-7201
6075 Poplar Avenue, Suite 500, Memphis, TN 38119
P.O. Box 171443, Memphis, TN 38187-1443
Adam.Langley@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.