| | |
|---|---|
| **From:** | Greenwood, Scott J. [sgreenwood@goodmansolutions.com] |
| **Sent:** | 3/8/2021 7:01:35 PM |
| **To:** | Kozma, Brad L. [bkozma@goodmansolutions.com] |
| **Subject:** | ATC Transactions |
| **Attachments:** | Incoming-Outgoing Transactions ATC.xlsx |

Brad, here is what I was able to pull together through emails and such. I had Brunke take a look and he agrees that these were all of the big transactions.

If you include all of the proceeds, we had about $44.5M in incoming proceeds from November 2019 through June of 2020. Also at the end of June we had $14.1M in revolver debt, and $35M in sold AR balance. Which would offset all of the $44.5M we had received. Since July we have decreased our revolver and AR balance to $39M as of 3/5/2021, or about $10M. The difference will be the impact of operating losses.

| Date | Amount | Description |
|---|---|---|
| 11/12/2019 | 15,000,000 | Borrowed $15M from Midcap on our revolver |
| 11/12/2019 | (11,000,000) | Paid $11M to JDS1 for bond purchases |
| 12/5/2019 | (2,000,000) | Paid $2M in bond interest |
| 12/31/2019 | (250,000) | Paid $250k extension fee |
| 1/3/2020 | 25,600,000 | Received $25.6M from Genesis (sold AR) |
| 1/3/2020 | (26,300,000) | Paid $26.3M to Glas Americas for Bond purchases |
| 1/27/2020 | 22,300,000 | Received $22.3M from EWB to purchase Midcap Revolver |
| 1/27/2020 | (22,700,000) | Opened new revolver with EWB ($400k in fees) |
| 3/12/2020 | 25,000,000 | Received $25M from Genesis (Sold AR) |
| 4/16/2020 | (4,000,000) | Sent funds to Genesis Networks (Fee assessed for ATC Aqcuisition) |
| 4/23/2021 | (7,000,000) | Sent funds to Genesis Networks (Sold AR Paydown) |
| 5/13/2020 | (2,200,000) | Paid Bond Interest |
| 6/30/2020 | 32,000,000 | GTS Acquisition |
| | **44,450,000** | **Total Incoming Proceeds** |

|  |  |
|---|---|
|  | **As of 6/30/2020** |
| 14,100,000 | Revolver Balance |
| 35,000,000 | Sold AR Balance |
| **49,100,000** | **Total Obligations** |

|  |  |
|---|---|
|  | **As of 3/5/2021** |
| 17,000,000 | Revolver Balance |
| 22,000,000 | Sold AR Balance |
| **39,000,000** | **Total Obligations** |

Regards,

Scott Greenwood
Director of Finance & Treasury

SGreenwood@goodmansolutions.com

214-430-6989 Mobile

EMS_000385