November 9, 2023

Mr. James E. Goodman, Jr
Chief Executive Office
Symbiont Ventures, LLC
Formerly known as Goodman Investment Holdings, LLC
1354 N Loop 1604 E, Suite 103
San Antonio, TX 78232

Dear Mr. Goodman

After much contemplation, and thought, I regret to inform you that I am resigning, effective immediately, from my position(s) as Chief Financial Officer (CFO) of Symbiont Ventures, LLC (formerly known as Goodman Investment Holdings, LLC) et al, and all other entities with which I hold any position or such a title. This will include: Genesis Networks Enterprises, LLC; Genesis Networks Telecom Services, LLC; Genesis Networks Global Services, LLC; Unified Field Services, Inc.; Endeavor Managed Services, Inc. et al; Padre Tubular Leasing, LLC, Symbiont Ventures, LLC et al; Telespace, LLC, Graphene Edge Corporation, Trusted Driver, and any other entities under your purview, whether directly or indirectly, that may not be listed here for which I hold any position including title of CFO.

I did not come to this decision lightly; however I believe I am at a point in my career where I would like to pursue other interests and ventures with my time utilizing the skillsets that I have developed over the past 15 years in the fields of finance and accounting.

Please let me know any additional information you may need.

Regards,

Zachary J. Wiebe