

## About us

      In June of 2015, Onepath Systems, LLC merged with Endeavor Telecom and acquired BlueWave Computing.  The companies are now combined and deliver as Onepath, the one source for designing, deploying and supporting technology – from the cable to the cloud.

Endeavor was an established leader in the deployment of information technology and telecommunications solutions throughout North America. Its focus was providing field installation, repair, maintenance, order fulfillment, and outsourced support services to telephone companies and information technology solutions providers.  Endeavor's scopes of work were principally related to xDSL, T1, telecommunications inside wiring, VoIP, key/PBX systems, Point-of-Sale Systems, Digital Signage, security, and Internet Protocol (IP) enabled technologies in commercial environments.

| | |
|---|---|
| Website | https://1path.com ↗ |
| Industry | Telecommunications |
| Company size | 201-500 employees |
| Type | Privately Held |
| Founded | 2002 |

Specialties

The Truck Roll Company, Complete Coverage - All 50 US States, Canada, Mexico, & the Carribean., Installation & Repair Field Services, Communications Cabling, Telecom Service Delivery, Security System & CCTV, IT Solution Delivery, and Point-of-Sale (POS) Systems

## Locations

Primary

Get directions ↗

## Employees at Endeavor Telecom - now a Onepath Company



**Kevin Wright**
Owner at Ministry Resource LLC



**Guy Briggs**
Information Technology One-man Band

**Greg McKee**
Mr. at Endeavor Telecom

**William Jennings**
Freelance IT Engineer

See all employees

## Similar pages


**1Path**
IT Services and IT Consulting
Atlanta, Georgia


**Endeavor IT Solutions**
Information Technology & Services
Indore, Madhya Pradesh


**EASYECOM**
IT Services and IT Consulting
Bengaluru, Karnataka


**HighGround**
Specialty Trade Contractors
Irving, Texas

Show more similar pages

© 2025

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language