## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-33835-MVL |
| | § | |
| GENESIS NETWORKS TELECOM SERVICES, LLC, | § | |
| | § | |
| *DEBTOR*. | § | CHAPTER 7 |

**WITNESS AND EXHIBIT LIST FOR JANUARY 23, 2025 HEARING ON MOTION OF FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC. FOR ORDER DIRECTING RULE 2004 EXAMINATIONS OF (I) THE DEBTOR, (II) ENDEAVOR MANAGED SERVICES, INC., (III) SYMBIONT VENTURES LLC F/K/A GOODMAN INVESTMENTS HOLDINGS, LLC, AND (IV) JAMES GOODMAN [ECF. NO. 63]**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

James E. Goodman ("J.E. Goodman") and Symbiont Ventures, LLC f/k/a Goodman Investment Holdings, LLC ("Symbiont/GIH"), parties in interest herein, hereby file this Witness and Exhibit List for the January 23, 2025 Hearing on the following matter:

**MATTERS TO BE HEARD**:

*Motion by FedEx Supply Chain Logistics & Electronics, Inc. for Order Directing Rule 2004 Examinations of (i) the Debtor, (ii) Endeavor Managed Services, Inc., (iii) Symbiont Ventures LLC f/k/a Goodman Investments Holdings, LLC, and (iv) James Goodman* [Dkt. No. 63] (the "**Motion**").

**J.E. GOODMAN AND SYMBIONT/GIH WITNESSES:**

J.E. Goodman and Symbiont/GIH designate the following witnesses:

1. James E. Goodman;
2. Scott Seidel, chapter 7 Trustee for the bankruptcy estate of Goodman Networks, Inc.
3. Any witness called or designated by any other party;
4. Any rebuttal or impeachment witnesses, as necessary; and
5. Any person present at the Hearing (live or via WebEx)

J.E. Goodman and Symbiont/GIH reserve the right to amend or supplement this list at any time prior to the hearing.

4906-3287-1953, v. 1 / 6514.010

## J.E. GOODMAN AND SYMBIONT/GIH EXHIBITS[1]

J.E. Goodman and Symbiont/GIH Exhibits are marked with a "G"

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| G-1 | Original Complaint - *Seidel v. Hudson Clean Energy, et al.*, Adv. Dkt. No. 1 [AP No. 23-03090, Bankr. N.D. Tex.] – Exh A to Dkt. No. 69 | | | | |
| G-2 | Original Complaint - *Seidel v. Frinzi, et al., Adv. Dkt. No. 1* [AP No. 24-03039, Bankr. N.D. Tex.] - Exh B to Dkt. No. 69 | | | | |
| G-3 | Original Complaint – *Seidel v. Symbiont Ventures, LLC*, Adv. Dkt. No. 1 [AP No. 24-03054, Bankr. N.D. Tex.] - Exh C to Dkt. No. 69 | | | | |
| G-4 | Original Complaint – *Seidel v. Genesis Networks Global Services, LLC, et al.*, Adv. Dkt. No. [AP No. 24-03022, Bankr. N.D. Tex.] - Exh D to Dkt. No. 69 | | | | |
| G-5 | Amended Complaint – *Seidel v. 18920 NW 11, LLC, et al.*, Adv. Dkt. No. 23 [AP No. 23-03072, Bankr. N.D. Tex.] - Exh E to Dkt. No. 69 | | | | |
| G-6 | Original Complaint – Seidel v. Unified Field Services, Inc., Adv. Dkt. No. 1 [AP No. 23-03088, Bankr. N.D. Tex.] - Exh E to Dkt. No. 69 | | | | |
| G-7 | Second Amended Complaint – FedEx Supply Chain Logistics & Electronics, Inc. v. James Goodman and Genesis Networks Enterprises, LLC, Dkt. No. 96 [Civil Action No. 2:22-cv-2684, N. D. Tex.] – Exh G to Dkt. No. 69 | | | | |
| | Any exhibits designated by any other party | | | | |
| | Any rebuttal or impeachment exhibits | | | | |

---

[1] J.E. Goodman and Symbiont/GIH respectfully request that the Court take judicial notice that Exhibits G-1 through G-6 are all pleadings in adversary proceedings related to the bankruptcy case of *In re: Goodman Investment Holdings, Inc.*, Case No. 22-31641, in which Judge Larson presides; Exhibit G-7 is a Northern District of Texas U.S. District Court pleading.

4906-3287-1953, v. 1 / 6514.010

J.E. Goodman and Symbiont/GIH reserve the right to amend or supplement this list at any time prior to the hearing.

Dated January 20, 2025

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Randall A. Pulman*
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com

**ATTORNEYS FOR JAMES E. GOODMAN AND SYMBIONT VENTURES, LLC f/k/a GOODMAN INVESTMENT HOLDINGS, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2025, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system:

*/s/ Randall A. Pulman*
Randall A. Pulman

4906-3287-1953, v. 1 / 6514.010