Laurie Dahl Rea
State Bar No. 00796150
Rochelle McCullough, L.L.P.
300 Throckmorton, Suite 520
Fort Worth, TX 76102
Telephone: (817) 347-5260
Facsimile:   (817) 4675979
laurie.rea@romclaw.com

CHAPTER 7 TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) ) ) | CHAPTER 7 CASE |
| GENESIS NETWORKS TELECOM SERVICES LLC, | ) ) ) | CASE NO. 24-33835-MVL7 |
| Debtor. | ) | |

**TRUSTEE'S REQUEST FOR STATUS CHANGE**

TO THE CLERK OF THE BANKRUPTCY COURT:

The above-entitled numbered proceeding was originally noticed as a no-asset case. No Claims bar date has been established. There now appears to be assets to be administered and I hereby request that the status of this proceeding be changed to an asset case. Please establish a bar date and notify creditors to file a Proof of Claim.

Dated: January 21, 2025.                              Respectfully submitted,

                                                         /s/ Laurie Dahl Rea
                                                        Laurie Dahl Rea