IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GENESIS NETWORKS TELECOM | § | Case No. 24-50224 (MMP) |
| SERVICES LLC | § | |
| Debtor. | § | |
| | § | |

**MOTION OF FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC.
FOR ORDER DIRECTING RULE 2004 EXAMINATIONS OF
(I) THE DEBTOR, (II) ENDEAVOR MANAGED SERVICES, INC.,
(III) SYMBIONT VENTURES LLC F/K/A GOODMAN INVESTMENTS
HOLDINGS LLC, AND (IV) JAMES GOODMAN**

COMES NOW FedEx Supply Chain Logistics & Electronics, Inc. ("FSCLE") and files its Motion for Order Directing the Rule 2004 Examinations (the "Motion") of (i) Genesis Networks Telecom Services (the "Debtor"), (ii) Endeavor Managed Services, Inc. ("Endeavor"), (iii) Symbiont Ventures, LLC ("Symbiont") f/k/a Goodman Investments Holdings LLC ("GIH" or together as one "Symbiont/GIH"), and (iv) James Goodman (the Debtor, Endeavor, Symbiont/GIH and James Goodman are together the "Examinees"), respectfully stating as follows:

PROCEDURAL BACKGROUND

1. On February 19, 2024 (the "Petition Date"), the Debtor filed a voluntary chapter 7 bankruptcy petition (the "Petition") [Doc No. 1].

2. The Debtor filed its Schedules and Statement of Financial Affairs ("SOFA") [Doc. No. 11] on March 15, 2024.

3. The Petition, Schedules and SOFA were signed by Tina Younts ("Younts") who had a listed title/position of "Executive Assistant/SupplierDiversityM" and "Executive

1



24-50284-cag Doc 67 Filed 08/15/24 Entered 02/03/25 17:46:43 Pg 2 of 6
Case 24-33835 Document 497 Filed 02/03/25 Entered 02/03/25 17:46:43 Desc
Exhibit Exh. G-8 FSCLE Motion for Order Directing 2004 Exams Page 2 of 13

Assistant/consultant/Supplier/DiversityManager". *See* Doc No. 1 – pg. 5 and Doc No. 11 – pg.29 and 30.

4. On June 11, 2024, this Court ordered the confirmation of Laurie Dahl Rea as the elected chapter 7 trustee (the "Trustee").

5. On June 28, 2024, the Trustee held the 341 Meeting of Creditors (the "341 Meeting"), at which Younts appeared and testified on behalf of the Debtor.

RELEVANT FACTS

6. The Debtor scheduled over $100,000,000 in liabilities and has no assets other than a "trust account' with Arris Solutions, Inc. held at Texas Partners Bank as the Debtor's security deposit with its landlord which has now been applied to the Debtor's rent obligations pursuant to Court Order [See Doc. No. 49 granting relief from automatic stay].

7. The Debtor transferred all or substantially all of its assets and business operations to Endeavor within two (2) years of the Petition Date. Endeavor is listed as an "affiliate" of the Debtor. *See* SOFA – Part 6: 13.1-13.3, pgs. 24 and 25 [Doc. No. 11].

8. The Debtor is a wholly owned subsidiary of Genesis Networks Enterprises, LLC ("Genesis Enterprises"). *See* SOFA – Part 13: 28, pg. 29 [Doc. No. 11].

9. The Debtor lists no individuals who are currently officers, directors, managers or other people in control of the Debtor other than Younts. Zack Wiebe ("Wiebe") was listed as a former CEO from 2020 to November 2023. *Id.*

10. Genesis Enterprises is owned by Symbiont. The Debtor listed GIH as its parent corporation for the purposes of filing consolidated tax returns. *See* SOFA – Part 13: 31, pg. 30 [Doc. No. 11]. GIH legally changed its name to Symbiont on or about October 26, 2023 by filing a certificate of amendment with the Texas Secretary of State [TX SOS Doc. No. 1298899240003].

2

11.  On or about January 24, 2022, Endeavor sold all, or substantially all, of its stock to GIH pursuant to that certain Stock Purchase Agreement executed by James Goodman, on behalf of GIH, and Joshua Bock, on behalf of Endeavor.

12.  Upon information and belief, James Goodman is the 90% member in Symbiont/GIH and controls Symbiont/GIH, which in turn controls Genesis Enterprises, which in turn controls the Debtor.

13.  At the 341 Meeting, Younts was unable to sufficiently or substantively answer questions on behalf of the Debtor regarding the financial transactions between the Debtor, Endeavor and Symbiont/GIH. Younts affirmatively stated that James Goodman was the individual who had knowledge of the foregoing financial transactions and relationships between the Debtor, Endeavor and Symbiont/GIH.

## DISCUSSION

14.  Attached hereto and incorporated herein as Exhibit "A" is FSCLE's Requests for Production of Documents which FSCLE requests that the Court order the Examinees to comply with and produce responsive documents no later than thirty (30) days after the entry of an order granting this Motion.

15.  FED. R. BANKR. P. 2004 provides that, "[o]n motion of any party in interest, the court may order the examination of any entity." FED. R. BANKR. P. 2004(a) and *In re Fearn*, 96 B.R. 135, 138 (Bankr. S.D. Ohio 1989) (the "examination is not limited to the debtor or his agents, but may properly extend to creditors and third parties who have had dealings with the debtor").

16.  The purpose of a Rule 2004 examination is to determine the condition, extent and location of the debtor's estate to maximize the return to unsecured creditors. The scope is

extremely broad and has been likened to a lawful fishing expedition. *In re Lufkin*, 255 B.R. 204, 208 (Bankr. E.D. Tenn. 2000).

17. Rule 2004 examinations are an appropriate tool for investigating potentially fraudulent transfer claims. *See Rhodes v. Litig. Trust of the Rhodes Cos., LLC (In re Rhodes Cos., LLC)*, 475 B.R. 733 (D. Nev. 2012) ("the subpoenas were an appropriate method of investigating potential fraudulent transfer claims"); and *Kirschner v. Agoglia (In re Refco Inc.)*, 461 B.R. 181, 187 (Bankr. S.D.N.Y. 2011).

18. As are all creditors of the Debtor, FSCLE is entitled to transparency and accuracy regarding the financial relationship and transactions with Endeavor (and Symbiont/GIH) that apparently left the Debtor all but an empty shell with hundreds of millions of dollars in debt.

19. There also should be heightened scrutiny in these particular financial transactions due to the commonality of ownership/control and the affiliate relationships among the Examinees.

20. There should also be serious concern that Younts is being held out as the sole individual now associated with or in control of the Debtor given that she has 0% ownership interest in the Debtor and is not a corporate officer, but rather an "Executive Assistant/consultant".

WHEREFORE, FSCLE respectfully requests that the Court enter an order: (i) granting this Motion; (ii) ordering the Rule 2004 Examinations; (iii) ordering the Examinees to fully produce responsive documents to the attached Requests for Production within thirty (30) days; and (iv) granting FSCLE such other and further relief as may be appropriate.

Respectfully submitted,

**BUTLER SNOW LLP**

*/s/ R. Campbell Hillyer*
R. Campbell Hillyer (admitted *pro hac vice*)
Adam M. Langley (admitted *pro hac vice*)
6075 Poplar Avenue, Suite 500
Memphis, TN  38119
Telephone: (901) 680-7316
adam.langley@butlersnow.com
cam.hillyer@butlersnow.com

*Counsel for FedEx Supply Chain Logistics
& Electronics, Inc.*

24-50284-cag Claim#637 Filed 08/15/24 Page 6 of 6
Case 24-33835 Doc 415-24 Filed 02/03/25 Entered 02/03/25 17:46:43 Desc
Exhibit Exh. G-8 FSCLE Motion for Order Directing 2004 Exams Page 6 of 13

# CERTIFICATE OF SERVICE

      I, R. Campbell Hillyer, certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically to the parties listed on the attached service list and first class US mail to the following:

Symbiont Ventures, LLC
1354 N Loop 1604 E
San Antonio, TX 78232

Symbiont Ventures, LLC
c/o registered agent Capital Corporate Services, Inc.
1501 S Mopac Expy, Ste. 220
Austin, TX 78746

Endeavor Managed Services, Inc.
1354 N Loop 1604 E
San Antonio, TX 78232

Endeavor Managed Services, Inc.
c/o registered agent Incorporating Services, Ltd.
3610-2 N. Josey, Suite 223
Carrollton, TX 75007

Randall A. Pulman
PULMAN, CAPPUCCIO & PULLEN, LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
*Counsel for James Goodman*

Dated: August 5, 2024

                                              */s/ R. Campbell Hillyer*
                                              R. Campbell Hillyer

# EXHIBIT A

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1. All corporate governance documents in effect at any time since February 19, 2020, including certificates of formation, articles of incorporation, certificates of designation of stock, bylaws, shareholder agreements, membership agreements and all other similar documents for the Debtor, Symbiont/GIH, and Endeavor.

2. A current corporate ownership organizational chart that represents the ownership structure and relationships of the Debtor, Symbiont/GIH, and Endeavor.

3. A list of all officers, directors, managing members, members in control, controlling shareholders or other individuals/entities in control since February 19, 2020 for the Debtor, Symbiont/GIH, and Endeavor.

4. All agreements and/or transactional documents between the Debtor and Endeavor, including, but not limited to, the transfers detailed on the SOFA – Part 6: 13.1-13.3, pgs. 24 and 25 [Doc. No. 11].

5. All documents related to the assumption of debt by Endeavor for substantially all of the Debtor's assets (SOFA – Part 6: 13.1, pgs. 24) including, but not limited to, bank loan documents and asset purchase agreements with detailed schedules.

6. All communications related to or contemplating any transfer of assets between the Debtor and Endeavor including, but not limited to, the transfers detailed on the SOFA – Part 6: 13.1-13.3, pgs. 24 and 25 [Doc. No. 11].

7. Minutes of each corporate meeting of the members and/or board of directors of the Debtor, Symbiont/GIH and Endeavor since February 19, 2020, including any presentation materials, and all resolutions.

8. For each monthly, quarterly, and/or annual period commencing on February 19, 2020 to present, all Balance Sheets, Income Statements, Statements of Cash Flows, and Statements of Ownership Changes for the Debtor, Symbiont/GIH, and Endeavor on a consolidated and deconsolidated basis, accompanied by the disclosure notes to the financial statements as required by U.S. Generally Accepted Accounting Principles (U.S. GAAP).

9. All agreements and/or transactional documents between Symbiont/GIH and Endeavor from February 19, 2020 to present, including, but not limited to, that certain Stock Purchase Agreement dated January 24, 2022 between Symbiont/GIH and Endeavor.

10. All communications related to or contemplating any sale, transfer or agreement between Symbiont/GIH and Endeavor from February 19, 2020 to present.

11. All contracts and/or agreements between Tina Younts and the Debtor, Symbiont/GIH, and/or Endeavor from January 1, 2018 to present.

12. All bank records of the Debtor from February 19, 2020 to present.

13. On or about February 26, 2020, Network Investments, LLC, made an approximately $25 million loan to either the Debtor or Genesis Networks Enterprises, LLC, (the "Network Investments Loan"). The direct proceeds of the loan were wired to Goodman Networks, Inc on or about March 12, 2020, related to either the Debtor or Goodman Networks Enterprises, LLC's purchase of preferred shares of Goodman Networks Inc. (the "Preferred Stock Purchase"). On or about March 12, 2020, Goodman Networks transferred at least $7 million of the indirect proceeds from the Networks Investments Loan and the direct proceeds of the Preferred Stock Purchase back to the Debtor (the "First Transfers"). On or about March 18 and 19, 2020, Goodman Networks transferred at least $10 million of the indirect proceeds from the Networks Investments Loans and the direct proceeds of the Preferred Stock Purchase to either the Debtor or Genesis Networks Enterprises (the "Second Transfers").

    a. The transactional documents and/or agreements related to the Network Investments Loan.
    b. Communications related to or contemplating the Network Investments Loan.
    c. The transactional documents and/or agreements related to the Preferred Stock Purchase.
    d. Communications related to or contemplating the Preferred Stock Purchase.
    e. The transactional documents and/or agreements related to the First Transfers and the Second Transfers.
    f. Communications related to or contemplating the First Transfers and the Second Transfers.

14. Documents and communications from February 19, 2020, to present related to or contemplating the Debtor's use of, or repayment of, the revolving line of credit for $25 million originally made by MidCap Financial Services LLC to Goodman Networks, Inc., and transferred to EastWest Bank and identifiable by loan no. *5893 at EastWest Bank (the "RLOC"), including but not limited to the Debtor's use of indirect proceeds of the RLOC, which were transferred to the Debtor from GNET ATC, LLC.

15. Documents and communications related to or contemplating the Debtor's use of, or repayment of, the loan for approximately $25 million originally made by Caprice Capital Partners LLC to Goodman Telecom Holdings, LLC (a.k.a. Greater Tech Holdings, LLC or Greater Tech Holdings, Inc.) and/or its affiliates Goodman Telecom Services, LLC (a.k.a. TechDash Telecom, LLC), TechDash Communications, LLC, or Debauche OSP Communications, LLC (the "Caprice Loan"), including but not limited to the Debtor's use of indirect proceeds of the Caprice Loan, which were transferred from GNET ATC, LLC.

16. Documents and communications related to the arbitration award obtained by AT&T, Inc. and/or its affiliates against the Debtor, including any payments related to such arbitration award.

17. Documents and communications related to, or contemplating, the sale of any shares or converted shares in Goodman Networks, Inc., obtained from the Preferred Stock Purchase.

18. Documents and communications related to any transactions of the Debtor with HGP Venture Funds Ltd., 18920 NW 11th LLC, Newco De 22, Inc., Shalom Auerbach, Evalina Pinkasova, Steven Zakharyayev, and Jim Frinzi.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GENESIS NETWORKS TELECOM | § | Case No. 24-50224 (MMP) |
| SERVICES LLC | § | |
| Debtor. | § | |

**ORDER GRANTING RULE 2004 EXAMINATIONS**

**AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

This matter came before the Court for consideration upon the Motion for Order Directing the Rule 2004 Examinations (the "Motion") of (i) Genesis Networks Telecom Services (the "Debtor"), (ii) Endeavor Managed Services, Inc. ("Endeavor"), (iii) Symbiont Ventures, LLC ("Symbiont") f/k/a Goodman Investments Holdings LLC ("GIH" or together as one "Symbiont/GIH"), and (iv) James Goodman (the Debtor, Endeavor, Symbiont/GIH and James Goodman are together the "Examinees") filed by FedEx Supply Chain Logistics & Electronics, Inc. ("FSCLE"). The Court having determined that the Motion is presented for good cause and that the relief requested therein should be granted.

1

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the Motion is GRANTED and the Court authorizes the examinations of the Examinees pursuant to FED. R. BANKR. P. 2004. It is further..

ORDERED, ADJUDGED and DECREED that each Examinee shall comply with and produce responsive documents to Exhibit A of the Motion no later than thirty (30) days after the entry of this Order.

###END OF ORDER###

Submitted by:

**BUTLER SNOW LLP**

*/s/ R. Campbell Hillyer*
R. Campbell Hillyer (admitted *pro hac vice*)
Adam M. Langley (admitted *pro hac vice*)
6075 Poplar Avenue, Suite 500
Memphis, TN  38119
Telephone: (901) 680-7316
adam.langley@butlersnow.com
cam.hillyer@butlersnow.com

**Counsel for FedEx Supply Chain Logistics**
**& Electronics, Inc.**

2

Label Matrix for local noticing
0542-5
Case 24-50224-mmp
Western District of Texas
San Antonio
Mon Aug 5 10:54:44 CDT 2024

Genesis Networks Telecom Services, LLC
1354 N. Loop 1604 E, Suite 103
San Antonio, TX 78232-1342

U.S. Bankruptcy Court
615 E. Houston Street, Room 597
San Antonio, TX 78205-2055

AT & TSvcs, Inc./Christin Jones
Kilpatrick,Twnsend &Stockton
2001 Ross Ave. #4400
Dallas, TX 75201-2924

Aldo Rivera
c/o Ramin Younessi
3435 Wilshire Blvd., #220
Los Angeles, CA 90010-1901

Arris Solutions, Inc.
3871 Lakefield Dr.#300
Suwanee, GA 30024-1292

Arris Solutions, Inc.
c/o Amy Ruhland/DLA PIPER LLP
303 Colorado St. #3000
Austin, TX 78701-4654

(p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

Carl Obermiller, Stinson
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2178

Dist. Clerk #2021 CI 24147
101 W. Nueva #217
San Antonio, TX 78205-3411

Dist. Clerk #2024CI03321
101 W. Nueva #217
San Antonio, TX 78205-3411

Dist. Clerk #DC 21-00837
600 Commerce St. #103
Dallas, TX 75202-6604

Dist. Clerk #3:32CV 02397 S
1100 Commerce St. #1452
Dallas, TX 75242-1310

FedEX Supply Chain Logistics&Elec.
1612 HUTTON DR. #120
Carrollton, TX 75006-6675

FedEX Supply Chain Logistics&Elec.
c/o THE CO TRUST CO
1209 ORANGE
WILMINGTON, DE. 19801-1120

FedEX Supply ChainLogst&Elec.
c/o SKeenan er/Butler Snow
6075 Poplar Ave #500
Memphis, TN 38119-102

FedEx Supply Chain Logistics & Electronics,
c/o Michael E abel
145 Lt. George ee Ave.
Memphis, TN 38103-

Fedex Supply Chain Logistics & Electronics,
c/o Adam Langley
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119-102

Fedex Supply Chain Logistics & Electronics,
c/o Daniel Van Horn
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119-602

Fedex Supply Chain Logistics & Electronics,
c/o R. Campbell Hillyer
Butler Snow
6075 Poplar Ave, Suite 500
Memphis, TN 38119-02

GNET ATC, LLC
c/o Theodore Geiger
85 Broad St. 18th Fl.
New York, N. Y. 10004-2783

GNET ATC, LLC.
c/o Goodman Networks
6505 W. Park Blvd. #306
Plano, TX 75093-6212

Goodman Networks, Inc.
2801 Networks Blvd. #300
Frisco, X 75034-1881

Goodman Networks, Inc.
c/o David Parham
2001 Ross Ave. #3600
Dallas, TX 75201-2938

Goodman Networks, Inc.
c/o Davor Rukavina
500 N. Akard Street, Suite 4000
Dallas, TX 75201-6605

Goodman Networks, LLC
c/o Scott Seidel, Trustee
6505 W. Park Blvd. #306
Plano, TX 75093-6212

Illinois Department of Employment Security
33 South State Street
Floor 10th
Chicago, IL 60603-2808

Insight Global, LLC
1224 Hammond Dr. #1500
Dunwoody, GA 30346-1537

James Goodman
c/o Pulman Cappuccio & Pullen LLP
ATTN: Randall A. Pulman
2161 NW Military Hwy., Ste. 400
San Antonio, TX 78213-1844

Matthias Kleinsasser
Winstead, PC
300 Throckmorton St. #1700
Ft. Worth, TX 76102-2928

Network Investments, LLC
3820 N. Louise Ave.
P. O. Box 5114
Sioux Falls, SD 57117-5114

Scott M. Seidel
c/o Thomas Berghman
Munsch Hardt Kopf & Harr, PC
500 N Akard St Ste 4000
Dallas TX 75201-6605

Scott Seidel/Trustee Goodman Networks
6505 W. Park Blvd. #306
Plano, TX 75093-6212

Scott Seidel/Trustee Goodman Networks
c/o Davor Rukavina
500 N. Akard St. #3800
Dallas, TX 75201-6659

Scott Seidel/Trustee Goodman Networks
c/o Michael Quilling
2001 Bryan St. #1800
Dallas, TX 75201-3070

~~Sup. Ct. Clerk STLC01622
312 N. Spring
Los Angeles, CA 90012-4701~~

Trail Crest Office LLC
3834 Spicewood Springs Rd #202
Austin, TX 78759-8978

Trailcrest Office, LLC
3834 Spicewood Springs Road
Suite 202
Austin, TX 78759-8978

U. S. Trustee
1100 Commerce St. Rm 976
Dallas, TX 75242-0996

U. S. Trustee
615 E. Houston St., #533
San Antonio, Texas 78205-2055

~~U.S. Bankruptcy Clerk #22-31641
1100 Commerce St. #1254
Dallas, TX 75242-1305~~

~~U.S.Bankruptcy ClerkAdv.23-03035
1100 Commerce #1254
Dallas, TX 75242-1305~~

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78205-2055

Vedder Price/David Rownd
1633 Broadway 31st Floor
New York, N. Y. 10019-6764

Wistrom Neweb Corporation
c/o Jacob Englander
747 3rd Ave. 16th Fl.
New York, NY 10017-2856

Wistron NeWeb Corporation
c/o Lazare Potter Giacovas & Moyle LLP
Jacob A. Englander, Esq.
747 Third Avenue, 16th Floor
New York, NY 10017-2856

Wistron Neweb Corp
20 Park Avenue II
Hsinchu Science PK
Hsinchu 308 Taiwan

Wistron Neweb Corp
c/o Jacob Englander
747 3rd Ave 16th Floor
New York, NY 10017-2856

Wistron Neweb Corp
c/o Steve A. Chiscano
9601 McAllister Frwy #401
San Antonio, TX 78216-4634

(p)LAURIE DAHL REA
ROCHELLE MCCOLLOUGH LLP
300 THROCKMORTON STREET SUITE 520
FORT WORTH TX 76102-2929

Martin Seidler
Law Offices of Martin Seidler
11107 Wurzbach, Suite 504
One Elm Place
San Antonio, TX 78230

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bexar County
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205

Laurie Dahl Rea
Rochelle McCullough LLP
300 Throckmorton Street
Ste 520
Fort Worth, TX 76102

End of Label Matrix
Mailable recipients    50
Bypassed recipients     0
Total                  50