

1900 NW Loop 410
San Antonio, Texas 78213
(210)807-5500
texaspartners.bank

1238569
GENESIS NETWORKS TELECOM SERVICES, LLC
OPERATING ACCOUNT
1354 N LOOP 1604 E
SUITE 103
SAN ANTONIO TX 78232

Date 1/31/22 Page 1
Primary Account ■21
Enclosures 74

**Business Preferred**

| | | | |
|---|---|---|---|
| Account Number | ■21 | **Number of Enclosures** | 74 |
| Previous Balance | 1,523,821.16 | Statement Dates | 1/01/22 thru 1/31/22 |
| 27 Deposits/Credits | 1,493,396.50 | Days in the statement period | 31 |
| 131 Checks/Debits | 2,175,780.16 | Average Ledger | 1,663,288.59 |
| Service Charge | .00 | Average Collected | 1,656,874.82 |
| Interest Paid | .00 | | |
| Ending Balance | 841,437.50 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/03 | Remote Deposit | 7,198.23 |
| 1/05 | ACH GTEL Genesis Network<br>CCD GTEL | 7,425.60 |
| 1/06 | Wire Transfer Credit<br>NCR CANADA LTD-DISBURSEMENT AU<br>C/O RBC MAIN BR TORONTO TR 000<br>200 BAY STREET WEST<br>ZZ TORONTO ONCANADA<br>CREDIT SUISSE (SCHWEIZ) AG (MU<br>NK ARS AND EFT SERVICE)<br>UETLIBERGSTRASSE 231<br>ZURICH SWITZERLAND CH<br>PI111972PI111973<br>20220106B1QGC08C008636<br>20220106MMQFMPPI000011<br>01060846FT01 | 488.16 |
| 1/07 | ACH Payment Ooma Inc Payable<br>CCD Genesis Network | 340.00 |

EXHIBIT
G-9

Reconciliation of Account

| CHECKS WRITTEN BUT NOT PAID | | | |
|---|---|---|---|
| NUMBER | AMOUNT | | |
| | | | |
| Total of Checks not paid | | | |

Date ____________________

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Subtract total of checks not paid | | | |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**

## BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at Texas Partners Bank, Attn: Deposit Operations, 1900 NW Loop 410, San Antonio, TX 78213 as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

## IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at 800-815-0782 or Texas Partners Bank, Attn: Deposit Operations, 1900 NW Loop 410, San Antonio, TX 78213. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

**(this applies to consumer accounts only)**



 

Date 1/31/22 Page 2
Primary Account ██21
Enclosures 74

Business Preferred ██21 (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/07 | ACH GTEL Genesis Network<br>CCD GTEL | 7,248.00 |
| 1/07 | ACH CORP PAY SHOPPERTRAK RCT<br>CCD GENESIS | 118.164.07 |
| 1/07 | ACH PAYMENTS VONAGE AMERICA<br>CTX 12789<br>ST*820*000025063\<br>BPR*C*136451.7*C*ACH*CTX*01*02<br>1000021*DA*957083440*990834400<br>2**01*114025641*DA*0000007021*<br>20220106\ | 136,451.70 |
| 1/11 | Trsf from Genesis Operating<br>1/11 VZW Citi Payment Transfer<br>Confirmation number 111220076 | 889.808.29 |
| 1/12 | ACH PAYMENTS VONAGE AMERICA<br>CTX 12837<br>ST*820*000012636\<br>BPR*C*203.2*C*ACH*CTX*01*02100<br>0021*DA*957083440*9908344002**<br>01*114025641*DA*0000007021*202<br>20111\ | 203.20 |
| 1/12 | ACH PAYABLES GENESIS GLOBAL<br>CCD AUSTIN01 | 811.87 |
| 1/12 | ACH BILL PMT WanderJaunt, Inc<br>PPD 0000007021<br>GENESIS NETWORKS | 9,174.00 |
| 1/14 | ACH CCDPSAPPYMACN COMMUNICATIO<br>CCD EFT 7021 | 1.263.43 |
| 1/20 | Wire Transfer Credit<br>ZONES CANADA INC.<br>SUITE 803 ATTN JASON GALIN<br>10 FOUR SEASONS PLACE<br>TORONTO ON M9B6<br>ROYAL BANK OF CANADA<br>WELLINGTON STREET WEST<br>TORONTO,CA M5J 1J1<br>20220120G1B76E2C002325<br>20220120MMQFMPPI000115<br>01201636FT01 | 31,309.11 |
| 1/21 | ACH PAYABLES GENESIS GLOBAL<br>CCD AUSTIN01 | 440.18 |
| 1/21 | ACH CORP PAY SHOPPERTRAK RCT<br>CCD GENESIS | 2,150.34 |



 

Date 1/31/22 Page 3
Primary Account ██21
Enclosures 74

Business Preferred ██21 (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/21 | ACH 012122 AP Genesis Network<br>CCD | 12,735.05 |
| 1/24 | ACH PAYMENTS COX COMMUNICATIO<br>CTX 11280429<br>ST*820*000000286\<br>BPR*X*17439.29*C*ACH*CTX*01*06<br>1209756*DA*2079930010461*45821<br>12281**01*114025641*DA*0000007<br>021*20220124\ | 17,439.29 |
| 1/24 | ACH GTEL Genesis Network<br>CCD GTEL | 29,702.40 |
| 1/24 | Remote Deposit | 191,628.50 |
| 1/25 | DAVE MATTHEWS<br>SUBFE06062<br>114025640000190<br>Account Closed | 841.05 |
| 1/26 | ANTHONY WHITE<br>SUBFE05729<br>114025640000187<br>No Account/Unable to Locate Ac | 252.80 |
| 1/28 | ACH CCDPSAPPYMACN COMMUNICATIO<br>CCD EFT 7021 | 1,041.25 |
| 1/31 | Wire Transfer Credit<br>GENESIS NETWORKS ENTERPRISES L<br>600 N LOOP 1604 E.<br>SAN ANTONIO, TX<br>US, 78232<br>GTSTRADE DEPOSIT $2,226.25 GTS<br>DEPOSIT $15,984.85<br>20220131GMQFMP01013588<br>20220131MMQFMPPI000053<br>01311204FT01 | 18,211.10 |
| 1/31 | ACH PAYMENTS Gravetti<br>CCD TELECOM | 5.18 |
| 1/31 | ACH GTEL Genesis Network<br>CCD GTEL | 2,500.00 |
| 1/31 | ACH PAYMENTS GPCP Marketing O<br>CCD 2000218286 | 4,603.25 |
| 1/31 | Trsf from Genesis Operating<br>VZW Payment Rec'd<br>Confirmation number 131220541 | 1,960.45 |



 

Date 1/31/22 Page 4
Primary Account ███1
Enclosures 74

Business Preferred ███21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 1/03 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA96991722 | 127.16- |
| 1/03 | ACH FDX FREIGHFEDEX CIS<br>PPD 327202376632<br>GENESIS NETWORKS TELEC | 289.74- |
| 1/03 | ACH FDX FREIGHFEDEX CIS<br>PPD 327202472685<br>GENESIS NETWORKS TELEC | 3,160.17- |
| 1/03 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA96993586 | 6,309.00- |
| 1/05 | ACH TN TAP TN STATE REVENUE<br>CCD 1701360384 | 11,836.63- |
| 1/07 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 2,875.45- |
| 1/07 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 3,800.92- |
| 1/07 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 3,910.00- |
| 1/07 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 5,568.67- |
| 1/07 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 49,849.38- |
| 1/11 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 298.00- |
| 1/11 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 390.00- |
| 1/11 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 10,847.12- |
| 1/11 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 19,224.66- |
| 1/11 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 23,785.18- |
| 1/11 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 28,268.94- |
| 1/13 | ACH OBPPAYMT HEALTH CARE SERV<br>CCD 2411440262 | 22,423.12- |
| 1/14 | ACH GRPW PREM UNITED<br>CCD 2201110368142 | 1,115.23- |
| 1/14 | ACH GRPW PREM UNITED<br>CCD 2201110368140 | 1,875.04- |



 

Date 1/31/22 Page 5
Primary Account ▇21
Enclosures 74

Business Preferred ▇21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 1/14 | ACH AT&T BUS ATT 800-452-2248<br>CCD 8310010479772 | 4,765.91- |
| 1/14 | Transf to Austin TeleServices<br>1/14 Payroll Transfer<br>Confirmation number 114220030 | 127,000.00- |
| 1/18 | Wire Transfer Debit<br>UNIFIED FIELD SERVICES<br>082008583<br>700192297<br>9355 John W. Elliott Dr Suite<br>Frisco, TX 75033<br>ENCORE BANK<br>LITTLE ROCK, AR<br>20220118MMQFMPPI000164<br>20220118MMQFMPV3000020<br>01181803FT01 | 650,000.00- |
| 1/18 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 5,509.85- |
| 1/19 | ACH SPECTRUM SPECTRUM<br>TEL 8822517 | 2,216.17- |
| 1/19 | ACH INTERNET SUNBELT RENTALS<br>WEB 043000095152838 | 4,163.38- |
| 1/20 | ACH CORP COLL CAPITOL SERVICES<br>CCD 2021159697 | 40.00- |
| 1/21 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 863.25- |
| 1/21 | ACH FIRSTECH GFL ENV.<br>TEL FTWEB47582253 | 643.77- |
| 1/21 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 1,468.68- |
| 1/21 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 5,522.81- |
| 1/21 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 5,750.00- |
| 1/21 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 6,871.20- |
| 1/21 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 9,629.20- |
| 1/21 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 10,178.00- |



 

Date 1/31/22 Page 6
Primary Account ███21
Enclosures 74

Business Preferred ███21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 1/21 | ACH PAYABLES GENESIS TELECOM CCD OFFSET | 10,766.00- |
| 1/21 | ACH PAYABLES GENESIS TELECOM CCD OFFSET | 15,545.48- |
| 1/21 | ACH PAYABLES GENESIS TELECOM CCD OFFSET | 23,831.00- |
| 1/21 | ACH PAYABLES GENESIS TELECOM CCD OFFSET | 25,000.00- |
| 1/21 | ACH PAYABLES GENESIS TELECOM CCD OFFSET | 72,767.12- |
| 1/25 | Transf to Austin TeleServices Trsfr to cover upcoming pyrls Confirmation number 125220049 | 500,000.00- |
| 1/26 | ACH 526623-701CITY OF MARIETTA PPD 770-794-5152 SELECTRON USER (NO FIR | 2,147.49- |
| 1/27 | ACH DEBIT FEDERAL EXPRESS CCD EPA97623811 | 206.29- |
| 1/27 | ACH CABLE COMCAST TEL 8161791 | 376.72- |
| 1/27 | ACH FIRSTECH GFL ENV. TEL FTWEB47892667 | 643.77- |
| 1/27 | ACH WEB PAY LEASE DIRECT CCD 74940265 | 2,564.74- |
| 1/27 | ACH INTERNET SUNBELT RENTALS WEB 043000099443474 | 2,849.75- |
| 1/27 | ACH DEBIT FEDERAL EXPRESS CCD EPA97624308 | 4,137.61- |
| 1/28 | ACH TXN DHL EXPRESS WEB 151309359 | 72.66- |
| 1/28 | ACH TXN DHL EXPRESS WEB 151309357 | 74.39- |
| 1/28 | ACH TXN DHL EXPRESS WEB 151309360 | 104.97- |
| 1/28 | ACH PAYABLES GENESIS TELECOM PPD OFFSET GENESIS TELECOM | 105.00- |
| 1/28 | ACH TXN DHL EXPRESS WEB 151309358 | 114.06- |
| 1/28 | ACH TXN DHL EXPRESS WEB 151309356 | 291.83- |
| 1/28 | ACH PAYABLES GENESIS TELECOM PPD OFFSET | 374.00- |



 

Date 1/31/22 Page 7
Primary Account ██21
Enclosures 74

Business Preferred ██21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | GENESIS TELECOM | |
| 1/28 | ACH PAYABLES GENESIS TELECOM PPD OFFSET | 566.20- |
| | GENESIS TELECOM | |
| 1/28 | ACH PAYABLES GENESIS TELECOM CCD OFFSET | 98,500.60- |
| 1/28 | ACH PAYABLES GENESIS TELECOM CCD OFFSET | 343.412.30- |

## PAID CHECK

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 1/14 | 53251 | 345.00 | 1/19 | 53323 | 90.80 |
| 1/03 | 53265* | 316.00 | 1/26 | 53324 | 139.34 |
| 1/04 | 53270* | 210.30 | 1/21 | 53325 | 240.00 |
| 1/14 | 53272* | 110.00 | 1/26 | 53327* | 148.65 |
| 1/14 | 53273 | 739.80 | 1/24 | 53329* | 216.90 |
| 1/19 | 53274 | 330.00 | 1/20 | 53331* | 75.00 |
| 1/06 | 53279* | 156.00 | 1/21 | 53333* | 222.00 |
| 1/04 | 53283* | 500.00 | 1/18 | 53334 | 290.00 |
| 1/07 | 53287* | 425.88 | 1/18 | 53336* | 347.53 |
| 1/07 | 53294* | 635.35 | 1/24 | 53337 | 50.00 |
| 1/19 | 53296* | 205.20 | 1/24 | 53338 | 102.00 |
| 1/25 | 53297 | 500.00 | 1/24 | 53339 | 344.00 |
| 1/27 | 53298 | 424.00 | 1/18 | 53340 | 987.00 |
| 1/21 | 53299 | 115.00 | 1/19 | 53341 | 462.20 |
| 1/13 | 53300 | 225.00 | 1/20 | 53342 | 226.00 |
| 1/11 | 53302* | 495.00 | 1/24 | 53343 | 922.00 |
| 1/18 | 53304* | 356.20 | 1/19 | 53344 | 939.80 |
| 1/27 | 53305 | 396.00 | 1/18 | 53347* | 380.00 |
| 1/13 | 53306 | 146.80 | 1/20 | 53348 | 255.00 |
| 1/18 | 53307 | 161.00 | 1/21 | 53351* | 66.00 |
| 1/14 | 53308 | 1.102.00 | 1/24 | 53353* | 82.75 |
| 1/24 | 53309 | 352.25 | 1/18 | 53355* | 969.20 |
| 1/20 | 53310 | 148.75 | 1/25 | 53356 | 181.50 |
| 1/18 | 53313* | 9.97 | 1/21 | 53357 | 190.00 |
| 1/14 | 53314 | 1.235.00 | 1/18 | 53358 | 1.062.00 |
| 1/14 | 53315 | 135.31 | 1/24 | 53359 | 145.45 |
| 1/12 | 53316 | 189.60 | 1/18 | 53360 | 266.00 |
| 1/21 | 53317 | 2,601.80 | 1/27 | 53362* | 476.00 |
| 1/12 | 53318 | 170.00 | 1/20 | 53363 | 717.60 |
| 1/11 | 53319 | 1,550.00 | 1/28 | 53365* | 146.00 |
| 1/18 | 53320 | 224.35 | 1/27 | 53367* | 2,035.60 |
| 1/18 | 53322* | 422.00 | 1/27 | 53368 | 2,259.77 |

* Indicates Break In Check Number Sequence



 

Date 1/31/22 Page 8
Primary Account ██21
Enclosures 74

Business Preferred ██21 (Continued)

**PAID CHECK**

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 1/24 | 53369 | 3,908.79 | 1/31 | 53374 | 3,579.57 |
| 1/25 | 53370 | 138.86 | 1/24 | 53375 | 292.64 |
| 1/26 | 53371 | 135.31 | 1/27 | 53376 | 147.93 |
| 1/24 | 53372 | 1,342.61 | 1/25 | 53377 | 390.42 |
| 1/28 | 53373 | 795.77 | 1/31 | 53381* | 50.00 |

* Indicates Break In Check Number Sequence

**DAILY BALANCE SUMMARY**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 1/01 | 1,523,821.16 | 1/12 | 2,525,945.13 | 1/24 | 1,780,509.52 |
| 1/03 | 1,520,817.32 | 1/13 | 2,503,150.21 | 1/25 | 1,280,139.79 |
| 1/04 | 1,520,107.02 | 1/14 | 2,365,990.35 | 1/26 | 1,277,821.80 |
| 1/05 | 1,515,695.99 | 1/18 | 1,705,005.25 | 1/27 | 1,261,303.62 |
| 1/06 | 1,516,028.15 | 1/19 | 1,696,597.70 | 1/28 | 817,787.09 |
| 1/07 | 1,711,166.27 | 1/20 | 1,726,444.46 | 1/31 | 841,437.50 |
| 1/11 | 2,516,115.66 | 1/21 | 1,549,498.72 | | |

**END OF STATEMENT**

Primary Account: ▇21



Check 53251 Amount $345.00 Date 1/14/2022

Check 53251 Back

Check 53265 Amount $316.00 Date 1/3/2022

Check 53265 Back

Check 53270 Amount $210.30 Date 1/4/2022

Check 53270 Back

Check 53272 Amount $110.00 Date 1/14/2022

Check 53272 Back

TEXAS PARTNERS BANK

Primary Account: ██21

GENESIS NETWORKS TELECOM SERVICES, LLC
Bank of San Antonio
053273

Check 53273 Amount $739.80 Date 1/14/2022

Check 53273 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
Bank of San Antonio
053274

Check 53274 Amount $330.00 Date 1/19/2022

Check 53274 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
Bank of San Antonio
053279

Check 53279 Amount $156.00 Date 1/6/2022

Check 53279 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
Bank of San Antonio
053283

Check 53283 Amount $500.00 Date 1/4/2022

Check 53283 Back

TEXAS PARTNERS BANK

Primary Account: ██21

Check 53287 Amount $425.88 Date 1/7/2022

Check 53287 Back

Check 53294 Amount $635.35 Date 1/7/2022

Check 53294 Back

Check 53296 Amount $205.20 Date 1/19/2022

Check 53296 Back

Check 53297 Amount $500.00 Date 1/25/2022

Check 53297 Back

TEXAS PARTNERS BANK

Primary Account: ▓21

Check 53298 Amount $424.00 Date 1/27/2022

Check 53298 Back

Check 53299 Amount $115.00 Date 1/21/2022

Check 53299 Back

Check 53300 Amount $225.00 Date 1/13/2022

Check 53300 Back

Check 53302 Amount $495.00 Date 1/11/2022

Check 53302 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]21

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053304
DATE AMOUNT
Pay Three Hundred Fifty Six Dollars and 20 Cents
Dec 24, 2021 $356.20
VOID AFTER 90 DAYS
to the Order of:
Larry James Chaisson
Converse, TX 78109
AUTHORIZED SIGNATURE
⑈053304⑈ ⑆114025641⑆ [redacted]

Check 53304 Amount $356.20 Date 1/18/2022

Randolph Brooks Federal Credit Union
314089481
[redacted]
Woodlake 10116

Check 53304 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053305
DATE AMOUNT
Pay Three Hundred Ninety Six Dollars and 00 Cents
Dec 24, 2021 $396.00
VOID AFTER 90 DAYS
to the Order of:
G-Tech Network
Winnipeg, MB
AUTHORIZED SIGNATURE
⑈053305⑈ ⑆114025641⑆ [redacted]

Check 53305 Amount $396.00 Date 1/27/2022

Virtual Endorsement
[redacted]

Check 53305 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053306
DATE AMOUNT
Pay One Hundred Forty Six Dollars and 80 Cents
Dec 24, 2021 $146.80
VOID AFTER 90 DAYS
to the Order of:
Texas Maestro Tech, LLC
Midland, TX 79707
AUTHORIZED SIGNATURE
⑈053306⑈ ⑆114025641⑆ [redacted]

Check 53306 Amount $146.80 Date 1/13/2022

Deposit only
[redacted]

Check 53306 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053307
DATE AMOUNT
Pay One Hundred Sixty One Dollars and 00 Cents
Dec 24, 2021 $161.00
VOID AFTER 90 DAYS
to the Order of:
JOHN GERALDS
AUTHORIZED SIGNATURE
⑈053307⑈ ⑆114025641⑆ [redacted]

Check 53307 Amount $161.00 Date 1/18/2022

For Deposit Only - JPMC

Check 53307 Back

TEXAS PARTNERS BANK

Primary Account: ██21

GENESIS NETWORKS TELECOM SERVICES, LLC
Bank of San Antonio
053308
DATE AMOUNT
VOID AFTER 90 DAYS
To the Order of

Check 53308 Amount $1,102.00 Date 1/14/2022

Check 53308 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
Bank of San Antonio
053309
DATE AMOUNT
Pay Three Hundred Fifty Two Dollars and 25 Cents
VOID AFTER 90 DAYS
To the Order of:
DuShawn Love

Check 53309 Amount $352.25 Date 1/24/2022

Check 53309 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
Bank of San Antonio
053310
DATE AMOUNT
Pay One Hundred Forty Eight Dollars and 75 Cents
VOID AFTER 90 DAYS
To the Order of:
EMG Technology

Check 53310 Amount $148.75 Date 1/20/2022

Check 53310 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
Bank of San Antonio
053313
DATE AMOUNT
Pay Nine Dollars and 97 Cents
$9.97
VOID AFTER 90 DAYS
To the Order of:
MICROSOFT.COM
ONE MICROSOFT WAY
REDMOND, WA 98052

Check 53313 Amount $9.97 Date 1/18/2022

CR PAYEE ACCT
LACK END GID
BANK OF AMERICA

Check 53313 Back



Primary Account: ██21

Check 53314 Amount $1,235.00 Date 1/14/2022

Check 53314 Back

Check 53315 Amount $135.31 Date 1/14/2022

Check 53315 Back

Check 53316 Amount $189.60 Date 1/12/2022

Check 53316 Back

Check 53317 Amount $2,601.80 Date 1/21/2022

Check 53317 Back

TEXAS PARTNERS BANK

Primary Account: ▒21

Check 53318 Amount $170.00 Date 1/12/2022

Check 53318 Back

Check 53319 Amount $1,550.00 Date 1/11/2022

Check 53319 Back

Check 53320 Amount $224.35 Date 1/18/2022

Check 53320 Back

Check 53322 Amount $422.00 Date 1/18/2022

Check 53322 Back

Case 24-33835-mvl7    Doc 141-2    Filed 02/03/25    Entered 02/03/25 17:46:43    Desc
Exhibit EXH G-9 - Bank Statements for Genesis Networks Telecom Services    LLC    Page 18 of 124

Date: 1/31/2022   Page: 17 of 27

Primary Account: ████21



TEXAS
PARTNERS BANK

Check 53323 Amount $90.80 Date 1/19/2022

Check 53323 Back

Check 53324 Amount $139.34 Date 1/26/2022

Check 53324 Back

Check 53325 Amount $240.00 Date 1/21/2022

Check 53325 Back

Check 53327 Amount $148.65 Date 1/26/2022

Check 53327 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]21

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053329
DATE AMOUNT
Pay Two Hundred Sixteen Dollars and 90 Cents
Jan 7, 2022 $216.90
VOID AFTER 90 DAYS
to the Order of:
DaShawn Love
3629 Greenvale Rd
Baltimore, MD 21229
AUTHORIZED SIGNATURE
⑈053329⑈ ⑆111402564⑆ [redacted]

Check 53329 Amount $216.90 Date 1/24/2022

Check 53329 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053331
DATE AMOUNT
Pay Seventy Five Dollars and 00 Cents
Jan 7, 2022 $75.00
VOID AFTER 90 DAYS
to the Order of:
TechPro Services LLC
[illegible]
Westborough, MA 01581
AUTHORIZED SIGNATURE
⑈053331⑈ ⑆111402564⑆ [redacted]

Check 53331 Amount $75.00 Date 1/20/2022

Check 53331 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053333
DATE AMOUNT
Pay Two Hundred Twenty Two Dollars and 00 Cents
Jan 7, 2022 $222.00
VOID AFTER 90 DAYS
to the Order of:
Gerald K Burke
[illegible]
Aurora, CO [illegible]
AUTHORIZED SIGNATURE
⑈053333⑈ ⑆111402564⑆ [redacted]

Check 53333 Amount $222.00 Date 1/21/2022

Check 53333 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053334
DATE AMOUNT
Pay Two Hundred Ninety Dollars and 00 Cents
Jan 7, 2022 $290.00
VOID AFTER 90 DAYS
to the Order of:
GLEN CHONG
[illegible] MOORESVILLE RD
ATHENS, AL [illegible]
AUTHORIZED SIGNATURE
⑈053334⑈ ⑆111402564⑆ [redacted]

Check 53334 Amount $290.00 Date 1/18/2022

Check 53334 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]21

Check 53336 Amount $347.53 Date 1/18/2022

Check 53336 Back

Check 53337 Amount $50.00 Date 1/24/2022

Check 53337 Back

Check 53338 Amount $102.00 Date 1/24/2022

Check 53338 Back

Check 53339 Amount $344.00 Date 1/24/2022

Check 53339 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]21

Check 53340 Amount $987.00 Date 1/18/2022

Check 53340 Back

Check 53341 Amount $462.20 Date 1/19/2022

Check 53341 Back

Check 53342 Amount $226.00 Date 1/20/2022

Check 53342 Back

Check 53343 Amount $922.00 Date 1/24/2022

Check 53343 Back





Primary Account: ▇21

Check 53344 Amount $939.80 Date 1/19/2022

Check 53344 Back

Check 53347 Amount $380.00 Date 1/18/2022

Check 53347 Back

Check 53348 Amount $255.00 Date 1/20/2022

Check 53348 Back

Check 53351 Amount $66.00 Date 1/21/2022

Check 53351 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]21

Check 53353 Amount $82.75 Date 1/24/2022

Check 53353 Back

Check 53355 Amount $969.20 Date 1/18/2022

Check 53355 Back

Check 53356 Amount $181.50 Date 1/25/2022

Check 53356 Back

Check 53357 Amount $190.00 Date 1/21/2022

Check 53357 Back





Primary Account: ██21

Check 53358 Amount $1,062.00 Date 1/18/2022

Check 53358 Back

Check 53359 Amount $145.45 Date 1/24/2022

Check 53359 Back

Check 53360 Amount $266.00 Date 1/18/2022

Check 53360 Back

Check 53362 Amount $476.00 Date 1/27/2022

Check 53362 Back



TEXAS PARTNERS BANK

Primary Account: [redacted]21

Check 53363 Amount $717.60 Date 1/20/2022

Check 53363 Back

Check 53365 Amount $146.00 Date 1/28/2022

Check 53365 Back

Check 53367 Amount $2,035.60 Date 1/27/2022

Check 53367 Back

Check 53368 Amount $2,259.77 Date 1/27/2022

Check 53368 Back

TEXAS PARTNERS BANK

Primary Account: ██21

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio

053369

DATE AMOUNT

Pay Three Thousand Nine Hundred Eight Dollars and 79 Cents
Jan 13, 2022 $3,908.79
VOID AFTER 90 DAYS

to the Order of
FLEXENTIAL CORP
PO BOX 732368
DALLAS, TX 75373-2368

AUTHORIZED SIGNATURE

⑈053369⑈ ⑆114025641⑆ REDACTED 21⑈ ⑈0000390879⑈

Check 53369 Amount $3,908.79 Date 1/24/2022

JPMORGANCHASE BK NA
CR TO RMD
PAYEE ALL
RTS RSVD

Check 53369 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio

053370

DATE AMOUNT

Pay One Hundred Thirty Eight Dollars and 86 Cents
Jan 13, 2022 $138.86
VOID AFTER 90 DAYS

to the Order of
FORTIS WATER, INC
PO BOX 4005
MARIETTA, GA 30068

AUTHORIZED SIGNATURE

⑈053370⑈ ⑆114025641⑆ REDACTED 21⑈

Check 53370 Amount $138.86 Date 1/25/2022

Check 53370 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio

053371

DATE Amount

Jan 13, 2022 $135.31
VOID AFTER 90 DAYS

to the Order of
ORKIN

AUTHORIZED SIGNATURE

⑈053371⑈ ⑆114025641⑆ REDACTED 21⑈

Check 53371 Amount $135.31 Date 1/26/2022

Check 53371 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio

053372

DATE AMOUNT

Pay One Thousand Three Hundred Forty Two Dollars and 61 Cents
Jan 13, 2022 $1,342.61
VOID AFTER 90 DAYS

to the Order of
STAFFORD ASSOCIATES COMPUTER SPECIALISTS, INC.
11 BENNETTS ROAD, SUITE 200
SETAUKET, NY 11733

AUTHORIZED SIGNATURE

⑈053372⑈ ⑆114025641⑆ REDACTED 21⑈

Check 53372 Amount $1,342.61 Date 1/24/2022

For People's United Bank Remote Deposit Only
Stafford Associates Computer Specialists
To the Account of 1110042379
01/21/2022

Check 53372 Back

TEXAS PARTNERS BANK

Primary Account: ▇21

GENESIS NETWORKS TELECOM SERVICES, LLC
Bank of San Antonio 053373
TOSHIBA FINANCIAL SERVICES

Check 53373 Amount $795.77 Date 1/28/2022

Check 53373 Back

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.
GENESIS NETWORKS TELECOM SERVICES, LLC
UNITED RENTALS OF CANADA INC

Check 53374 Amount $3,579.57 Date 1/31/2022

Check 53374 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
Bank of San Antonio 053375
Pay Two Hundred Ninety Two Dollars and 64 Cents
To the Order of: UNITED RENTALS INC
PO BOX 840514
DALLAS, TX 75284-0514
VOID AFTER 90 DAYS

Check 53375 Amount $292.64 Date 1/24/2022

Check 53375 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
Bank of San Antonio 053376
Pay One Hundred Forty Seven Dollars and 93 Cents
To the Order of: AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019
VOID AFTER 90 DAYS

Check 53376 Amount $147.93 Date 1/27/2022

Check 53376 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]21

Check 53377 Amount $390.42 Date 1/25/2022

Check 53377 Back

Check 53381 Amount $50.00 Date 1/31/2022

Check 53381 Back



1900 NW Loop 410
San Antonio, Texas 78213
(210)807-5500
texaspartners.bank

1261087
GENESIS NETWORKS TELECOM SERVICES, LLC
OPERATING ACCOUNT
1354 N LOOP 1604 E
SUITE 103
SAN ANTONIO TX 78232

| | |
|---|---|
| Date 2/28/22 | Page 1 |
| Primary Account | [redacted]1 |
| Enclosures | 50 |

Effective April 1, 2022, the manual outgoing wire fee will be $30.00.

| **Business Preferred** | | **Number of Enclosures** | 50 |
|---|---|---|---|
| Account Number | [redacted]21 | Statement Dates | 2/01/22 thru 2/28/22 |
| Previous Balance | 841,437.50 | Days in the statement period | 28 |
| 27 Deposits/Credits | 364,537.54 | Average Ledger | 361,363.23 |
| 89 Checks/Debits | 907,067.20 | Average Collected | 354,243.33 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 298,907.84 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $.00 | $.00 |
| **Total Returned Item Fees** | $.00 | $.00 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 2/01 | Trsf from Connected Justice SI-56192 Confirmation number 201220295 | 322.55 |
| 2/02 | ACH PAYMENTS VONAGE AMERICA CTX 13194 ST*820*000023037\ BPR*C*12157.93*C*ACH*CTX*01*021000021*DA*957083440*9908344002**01*114025641*DA*0000007021*20220201\ | 12,157.93 |
| 2/02 | Remote Deposit | 10,868.50 |
| 2/07 | ACH PAYMENTS VONAGE AMERICA CTX 13269 ST*820*000013049\ BPR*C*2673.55*C*ACH*CTX*01*021000021*DA*957083440*9908344002**01*114025641*DA*0000007021*20220204\ | 2,673.55 |

OUTSTANDING CHECKS

RECONCILIATION INSTRUCTIONS

Reconciliation of Account

Date ____________________

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total of Checks not paid | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| **TOTAL** | |
| Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE** ➡ | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**

## BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at Texas Partners Bank, Attn: Deposit Operations, 1900 NW Loop 410, San Antonio, TX 78213 as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

## IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at 800-815-0782 or Texas Partners Bank, Attn: Deposit Operations, 1900 NW Loop 410, San Antonio, TX 78213. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

**(this applies to consumer accounts only)**



 

Date 2/28/22 Page 2
Primary Account ■21
Enclosures 50

Business Preferred ■21 (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 2/09 | Trsf from Integration Operatin<br>Balance transfer to close acct<br>Confirmation number 209220001 | 253.71 |
| 2/09 | Remote Deposit | 41,871.86 |
| 2/11 | ACH GTEL Genesis Network<br>CCD GTEL | 1,812.00 |
| 2/11 | Trsf from Genesis Operating<br>Hartford Claim Reimbursement<br>Confirmation number 211220156 | 22,815.89 |
| 2/14 | ACH BILL PMT WanderJaunt, Inc<br>PPD 0000007021<br>GENESIS NETWORKS | 9,174.00 |
| 2/14 | ACH PAYMENTS VONAGE AMERICA<br>CTX 13377<br>ST*820*000025732\<br>BPR*C*17633.55*C*ACH*CTX*01*02<br>1000021*DA*957083440*990834400<br>2**01*114025641*DA*0000007021*<br>20220211\ | 17,633.55 |
| 2/16 | ACH Payment Ooma Inc Payable<br>CCD Genesis Network | 277.50 |
| 2/16 | Remote Deposit | 4,234.76 |
| 2/17 | MATTHEWS INTERNATIONAL<br>SUBFE06062<br>114025640002623<br>Account Closed | 185.20 |
| 2/18 | ACH PAYABLES GENESIS GLOBAL<br>CCD AUSTIN01 | 1,358.13 |
| 2/18 | ACH PAYMENTS VONAGE AMERICA<br>CTX 13513<br>ST*820*000014307\<br>BPR*C*4437.85*C*ACH*CTX*01*021<br>000021*DA*957083440*9908344002<br>**01*114025641*DA*0000007021*2<br>0220218\ | 4,437.85 |
| 2/18 | ACH CORP PAY SHOPPERTRAK RCT<br>CCD GENESIS | 44,975.47 |
| 2/18 | Trsf from Connected Justice<br>SI-56200<br>Confirmation number 218220117 | 2.59 |
| 2/22 | Wire Transfer Credit<br>CONSCIA DANMARK A/S | 522.00 |






Date 2/28/22 Page 3
Primary Account ■21
Enclosures 50

Business Preferred ■21 (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| | KIRKEBJERG PARKVEJ 9 2<br>DK-2605 BRONDBY<br>CONSCIA DANMARK A/S F PI112310<br>20220222B1QGC06C002944<br>20220222MMQFMPPI000012<br>02220800FT01 | |
| 2/22 | ACH PAYABLES TELESPACE LLC<br>PPD AUSTIN01<br>GENESIS NETWORKS TELEC | 6.90 |
| 2/22 | ACH PAYMENTS COX COMMUNICATIO<br>CTX 11288387<br>ST*820*000000064\<br>BPR*X*16892.01*C*ACH*CTX*01*06<br>1209756*DA*2079930010461*45821<br>12281**01*114025641*DA*0000007<br>021*20220222\ | 16,892.01 |
| 2/23 | MATTHEWS INTERNATIONAL<br>SUBFE06062<br>114025640001109<br>Account Closed | 741.05 |
| 2/23 | FLEXENTIAL CORP<br>FLEXEN01<br>114025640001085<br>No Account/Unable to Locate Ac | 3,739.19 |
| 2/23 | Remote Deposit | 10,808.98 |
| 2/24 | BARRETT UTILTIES AND C<br>SUBFE12680<br>114025640001100<br>Account Closed | 654.00 |
| 2/25 | ACH CCDPSAPPYMACN COMMUNICATIO<br>CCD EFT 7021 | 897.42 |
| 2/25 | ACH PAYABLES USACOPERATING<br>CCD GENEN | 23,648.00 |
| 2/28 | Remote Deposit | 131,572.95 |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 2/02 | Wire Transfer Debit<br>The Signal Group, LLC<br>026009593<br>0484006418<br>22285 Roethel Drive,<br>Novi, MI 48375 | 23,798.00- |



 

| Date 2/28/22 | Page 4 |
|---|---|
| Primary Account | ▇21 |
| Enclosures | 50 |

Business Preferred ▇21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | BK AMER NYC<br>NEW YORK, NY<br>PAYMENT FOR PO 20220128<br>20220202MMQFMPPI000120<br>20220202B6B7HU1R014589<br>02021711FT01 | |
| 2/04 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 2,920.00- |
| 2/04 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 51,204.55- |
| 2/04 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 231,719.85- |
| 2/07 | ACH NTCLBIIVRCTHE HARTFORD<br>CCD 15850157 | 7,999.56- |
| 2/08 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA97959737 | 154.46- |
| 2/08 | ACH CABLE COMCAST<br>WEB 1820653 | 401.38- |
| 2/08 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA97914136 | 3,735.62- |
| 2/11 | Wire Transfer Debit<br>Evo Gene Esopi<br>021307559<br>12023752<br>940 Lantern Hill Road<br>Shavertown, PA 18708<br>COMMUNITY BK DEW<br>SYRACUSE, NY<br>20220211MMQFMPPI000035<br>20220211MMQFMP79000133<br>02111233FT01 | 37,251.40- |
| 2/11 | Wire Transfer Debit<br>Mary A. Trainor<br>021307559<br>12023760<br>19 Lombardo Dr.<br>Wilkes Barre, PA 18702<br>COMMUNITY BK DEW<br>SYRACUSE, NY<br>20220211MMQFMPPI000036<br>20220211MMQFMP79000134<br>02111233FT01 | 37,251.40- |



 

Date 2/28/22 Page 5
Primary Account 21
Enclosures 50

Business Preferred 21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 2/11 | Wire Transfer Debit<br>Evo Gene Esopi<br>021307559<br>2140252426<br>940 Lantern Hill Road<br>Shavertown, PA 18708<br>COMMUNITY BK DEW<br>SYRACUSE, NY<br>20220211MMQFMPPI000039<br>20220211MMQFMP79000135<br>02111236FT01 | 250,000.00- |
| 2/11 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 1,456.03- |
| 2/14 | ACH Recurring Prosperity Bank<br>CCD 000000000000000 | 16,739.54- |
| 2/15 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 3,560.30- |
| 2/15 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 3,681.11- |
| 2/15 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 51,968.25- |
| 2/17 | ACH NTCLBIIVRCTHE HARTFORD<br>CCD 15850157 | 499.46- |
| 2/17 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA98219278 | 2,396.20- |
| 2/18 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 322.75- |
| 2/18 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 572.00- |
| 2/18 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 2,100.00- |
| 2/18 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 5,342.25- |
| 2/18 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 6,654.59- |
| 2/18 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 68,734.19- |
| 2/22 | ACH ACH PMT AMEX EPAYMENT<br>CCD COP000005037781 | 565.00- |



Date 2/28/22 Page 6
Primary Account ▇21
Enclosures 50

Business Preferred ▇21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 2/23 | ACH SPECTRUM SPECTRUM<br>TEL 6258917 | 979.09- |
| 2/23 | ACH GRPW PREM UNITED<br>CCD 2202180413928 | 1.057.90- |
| 2/23 | ACH GRPW PREM UNITED<br>CCD 2202180413929 | 1,257.45- |
| 2/23 | ACH 526623-701CITY OF MARIETTA<br>PPD 770-794-5152<br>SELECTRON USER (NO FIR | 1.993.81- |
| 2/23 | ACH SPECTRUM SPECTRUM<br>TEL 6266952 | 2,216.17- |
| 2/23 | ACH INTERNET SUNBELT RENTALS<br>WEB 043000098489742 | 3.255.04- |
| 2/23 | ACH INTERNET SUNBELT RENTALS<br>WEB 043000099196808 | 3,786.14- |
| 2/23 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA98344507 | 10.746.20- |
| 2/23 | ACH OBPPAYMT HEALTH CARE SERV<br>CCD 3228345675 | 21,526.94- |
| 2/24 | ACH TXN DHL EXPRESS<br>WEB 151337745 | 384.34- |
| 2/24 | ACH NTCLBIIVRCTHE HARTFORD<br>CCD 15850157 | 7,449.10- |
| 2/25 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA98443906 | 110.01- |
| 2/25 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA98443619 | 2,283.43- |
| 2/25 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 9.264.95- |

## PAID CHECK

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 2/04 | 53238 | 309.50 | 2/02 | 53335* | 355.35 |
| 2/04 | 53260* | 1,138.10 | 2/04 | 53345* | 1,053.00 |
| 2/02 | 53264* | 125.00 | 2/08 | 53349* | 170.00 |
| 2/04 | 53301* | 396.80 | 2/04 | 53364* | 259.20 |
| 2/04 | 53311* | 1.550.40 | 2/02 | 53366* | 105.00 |
| 2/23 | 53312 | 684.40 | 2/04 | 53382* | 418.55 |
| 2/04 | 53321* | 762.00 | 2/08 | 53383 | 2.018.60 |
| 2/22 | 53326* | 475.70 | 2/08 | 53384 | 3,125.50 |
| 2/07 | 53330* | 66.00 | 2/08 | 53385 | 154.91 |
| 2/24 | 53332* | 96.00 | 2/09 | 53386 | 500.00 |

* Indicates Break In Check Number Sequence



 

Date 2/28/22 Page 7
Primary Account ●21
Enclosures 50

Business Preferred ●21 (Continued)

PAID CHECK

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 2/07 | 53387 | 121.28 | 2/28 | 53406* | 441.25 |
| 2/14 | 53388 | 50.00 | 2/24 | 53407 | 731.00 |
| 2/08 | 53389 | 10.65 | 2/24 | 53410* | 701.08 |
| 2/07 | 53390 | 271.80 | 2/25 | 53412* | 654.50 |
| 2/15 | 53391 | 1,229.34 | 2/23 | 53413 | 972.95 |
| 2/07 | 53393* | 251.00 | 2/24 | 53419* | 443.04 |
| 2/11 | 53394 | 216.00 | 2/28 | 53420 | 270.00 |
| 2/09 | 53395 | 250.40 | 2/24 | 53422* | 517.00 |
| 2/10 | 53398* | 150.00 | 2/28 | 53428* | 141.20 |
| 2/23 | 53399 | 299.20 | 2/25 | 53429 | 2,320.70 |
| 2/07 | 53400 | 333.20 | 2/24 | 53432* | 2,015.00 |
| 2/07 | 53401 | 66.00 | 2/24 | 53434* | 270.66 |
| 2/16 | 53402 | 126.00 | 2/28 | 53437* | 135.31 |
| 2/08 | 53403 | 620.00 | 2/23 | 53438 | 1,550.00 |
| 2/28 | 53404 | 230.55 | 2/28 | 53439 | 575.62 |

* Indicates Break In Check Number Sequence

DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 2/01 | 841,760.05 | 2/10 | 573,069.94 | 2/18 | 189,826.07 |
| 2/02 | 840,403.13 | 2/11 | 271,523.00 | 2/22 | 206,206.28 |
| 2/04 | 548,671.18 | 2/14 | 281,541.01 | 2/23 | 171,170.21 |
| 2/07 | 542,235.89 | 2/15 | 221,102.01 | 2/24 | 159,216.99 |
| 2/08 | 531,844.77 | 2/16 | 225,488.27 | 2/25 | 169,128.82 |
| 2/09 | 573,219.94 | 2/17 | 222,777.81 | 2/28 | 298,907.84 |

END OF STATEMENT



Primary Account: [redacted]21

Check 53238 Amount $309.50 Date 2/4/2022

Check 53238 Back

Check 53260 Amount $1,138.10 Date 2/4/2022

Check 53260 Back

Check 53264 Amount $125.00 Date 2/2/2022

Check 53264 Back

Check 53301 Amount $396.80 Date 2/4/2022

Check 53301 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]21

Check 53311 Amount $1,550.40 Date 2/4/2022

Check 53311 Back

Check 53312 Amount $684.40 Date 2/23/2022

Check 53312 Back

Check 53321 Amount $762.00 Date 2/4/2022

Check 53321 Back

Check 53326 Amount $475.70 Date 2/22/2022

Check 53326 Back

Primary Account: [redacted]21

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053330

DATE AMOUNT
Jan 7, 2022 $66.00

Pay Sixty Six Dollars and 00 Cents

VOID AFTER 90 DAYS

to the Order of:
ELATHASAN JESUDASAN
1 Ravensworth Rd
Ajax, ON L1T 1V7

AUTHORIZED SIGNATURE

⑈053330⑈ ⑆114025641⑆ [redacted]

Check 53330 Amount $66.00 Date 2/7/2022

Check 53330 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053332

DATE AMOUNT
Jan 7, 2022 $96.00

Pay Ninety Six Dollars and 00 Cents

VOID AFTER 90 DAYS

to the Order of:
SPEAR TECHNICAL SERVICES
4818 LA SALEDA ST
SAN ANTONIO, TX 78233

AUTHORIZED SIGNATURE

⑈053332⑈ ⑆114025641⑆ [redacted]

Check 53332 Amount $96.00 Date 2/24/2022

ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Check 53332 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053335

DATE AMOUNT
Jan 7, 2022 $355.35

Pay Three Hundred Fifty Five Dollars and 35 Cents

VOID AFTER 90 DAYS

to the Order of:
Alsystems Communications Group Inc.
315 Magnolia St
Windermere, FL 34786

AUTHORIZED SIGNATURE

⑈053335⑈ ⑆114025641⑆ [redacted]

Check 53335 Amount $355.35 Date 2/2/2022

Check 53335 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053345

DATE AMOUNT
Jan 7, 2022 $1,053.00

Pay One Thousand Fifty Three Dollars and 00 Cents

VOID AFTER 90 DAYS

to the Order of:
DFP Low Voltage Needs
159 Hidden Valley Rd.
Kingsport, TN 37663

AUTHORIZED SIGNATURE

⑈053345⑈ ⑆114025641⑆ [redacted]

Check 53345 Amount $1,053.00 Date 2/4/2022

ENDORSE HERE
Eastman Credit Union264279350
2/3/2022
14:10:57
TMID [redacted]
Gray
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Check 53345 Back

TEXAS PARTNERS BANK

Primary Account: ████21

Check 53349 Amount $170.00 Date 2/8/2022

Check 53349 Back

Check 53364 Amount $259.20 Date 2/4/2022

Check 53364 Back

Check 53366 Amount $105.00 Date 2/2/2022

Check 53366 Back

Check 53382 Amount $418.55 Date 2/4/2022

Check 53382 Back

Date: 2/28/2022 Page: 12 of 20

TEXAS PARTNERS BANK

Primary Account: [redacted]21

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053383
Pay Two Thousand Eighteen Dollars and 60 Cents
Jan 21, 2022
VOID AFTER 90 DAYS
to the Order of: AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019
AUTHORIZED SIGNATURE

Check 53383 Amount $2,018.60 Date 2/8/2022

Check 53383 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053384
Pay Three Thousand One Hundred Twenty Five Dollars and 50 Cents
Jan 21, 2022 $3,125.50
VOID AFTER 90 DAYS
to the Order of: AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019
AUTHORIZED SIGNATURE

Check 53384 Amount $3,125.50 Date 2/8/2022

Check 53384 Back

Check 53385 Amount $154.91 Date 2/8/2022

Check 53385 Back

Check 53386 Amount $500.00 Date 2/9/2022

Check 53386 Back





Primary Account: ■■21

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053387
Pay One Hundred Twenty One Dollars and 28 Cents — Jan 31, 2022 — $121.28
VOID AFTER 90 DAYS
to the Order of: GRAYBAR ELECTRIC COMPANY INC, PO BOX 840458, DALLAS, TX 75284-0458

Check 53387 Amount $121.28 Date 2/7/2022

CR PAYEE ACCT
BANK OF AMERICA

Check 53387 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053388
Pay Fifty Dollars and 00 Cents — Jan 31, 2022 — $50.00
VOID AFTER 90 DAYS
to the Order of: HIGGINBOTHAM COBRA SERVICES, PO BOX 2271, FORT WORTH, TX 76101

Check 53388 Amount $50.00 Date 2/14/2022

For Deposit Only JPMC
FOR DEPOSIT ONLY
HIGGINBOTHAM INSURANCE
EPIC ACCOUNT

Check 53388 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053389
Pay Ten Dollars and 65 Cents — Jan 31, 2022 — $10.65
VOID AFTER 90 DAYS
to the Order of: MICROSOFT.COM, ONE MICROSOFT WAY, REDMOND, WA 98052

Check 53389 Amount $10.65 Date 2/8/2022

CR PAYEE ACCT
BANK OF AMERICA

Check 53389 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053390
Pay Two Hundred Seventy One Dollars and 80 Cents — Jan 31, 2022 — $271.80
VOID AFTER 90 DAYS
to the Order of: SHRED-IT, 28883 NETWORK PLACE, CHICAGO, IL 60673-1288
/0000027180/

Check 53390 Amount $271.80 Date 2/7/2022

JPMORGANCHASE BK NA
RTS RCVD

Check 53390 Back

TEXAS PARTNERS BANK

Primary Account: ●●21

Check 53391 Amount $1,229.34 Date 2/15/2022

Check 53391 Back

Check 53393 Amount $251.00 Date 2/7/2022

Check 53393 Back

Check 53394 Amount $216.00 Date 2/11/2022

Check 53394 Back

Check 53395 Amount $250.40 Date 2/9/2022

Check 53395 Back

TEXAS PARTNERS BANK

Primary Account: ██21

Check 53398 Amount $150.00 Date 2/10/2022

Check 53398 Back

Check 53399 Amount $299.20 Date 2/23/2022

Check 53399 Back

Check 53400 Amount $333.20 Date 2/7/2022

Check 53400 Back

Check 53401 Amount $66.00 Date 2/7/2022

Check 53401 Back



Check 53402 Amount $126.00 Date 2/16/2022

Check 53402 Back

Check 53403 Amount $620.00 Date 2/8/2022

Check 53403 Back

Check 53404 Amount $230.55 Date 2/28/2022

Check 53404 Back

Check 53406 Amount $441.25 Date 2/28/2022

Check 53406 Back

TEXAS PARTNERS BANK

Primary Account: ■■21

Check 53407 Amount $731.00 Date 2/24/2022

Check 53407 Back

Check 53410 Amount $701.08 Date 2/24/2022

Check 53410 Back

Check 53412 Amount $654.50 Date 2/25/2022

Check 53412 Back

Check 53413 Amount $972.95 Date 2/23/2022

Check 53413 Back

TEXAS
PARTNERS BANK

Primary Account: [redacted]21

Check 53419 Amount $443.04 Date 2/24/2022

Check 53419 Back

Check 53420 Amount $270.00 Date 2/28/2022

Check 53420 Back

Check 53422 Amount $517.00 Date 2/24/2022

Check 53422 Back

Check 53428 Amount $141.20 Date 2/28/2022

Check 53428 Back

TEXAS PARTNERS BANK

Primary Account: ██21

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053429

DATE AMOUNT

Pay Two Thousand Three Hundred Twenty Dollars and 70 Cents — Feb 17, 2022 — $2,320.70

VOID AFTER 90 DAYS

to the Order of AT&T, PO BOX 5019, CAROL STREAM, IL 60197-5019

AUTHORIZED SIGNATURE

Check 53429 Amount $2,320.70 Date 2/25/2022

Check 53429 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053432

DATE AMOUNT

Pay Two Thousand Fifteen Dollars and 00 Cents — Feb 17, 2022 — $2,015.00

VOID AFTER 90 DAYS

to the Order of HALLETT & PERRIN, 1445 ROSS AVE, SUITE 2400, DALLAS, TX 75202

AUTHORIZED SIGNATURE

Check 53432 Amount $2,015.00 Date 2/24/2022

>111017979< Texas Capital Bk #071 2022-02-23

Hallett & Perrin, PC For Deposit Only at Texas Capital Bank

Check 53432 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053434

DATE AMOUNT

Pay Two Hundred Seventy Dollars and 66 Cents — Feb 17, 2022 — $270.66

VOID AFTER 90 DAYS

to the Order of SHRED-IT, 28883 NETWORK PLACE, CHICAGO, IL 60673-1288

AUTHORIZED SIGNATURE

/0000027066/

Check 53434 Amount $270.66 Date 2/24/2022

JPMORGANCHASE BK NA

Check 53434 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053437

DATE AMOUNT

Pay [illegible] — [illegible] — [illegible]

to the Order of CRKSY

AUTHORIZED SIGNATURE

Check 53437 Amount $135.31 Date 2/28/2022

Check 53437 Back

TEXAS PARTNERS BANK

Primary Account: ▇021

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053438

DATE AMOUNT

Pay One Thousand Five Hundred Fifty Dollars and 00 Cents Feb 13, 2022 $1,550.00

to the Order of: VOID AFTER 90 DAYS

ATLANTA FACILITY SERVICES, LLC
341 RIDGEWOOD TRAIL
CANTON, GA 30115

AUTHORIZED SIGNATURE

⑈053438⑈ ⑆114025641⑆ ▇▇▇▇21⑈

Check 53438 Amount $1,550.00 Date 2/23/2022

Check 53438 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053439

DATE AMOUNT

Pay Five Hundred Seventy Five Dollars and 62 Cents Feb 17, 2022 $575.62

to the Order of: VOID AFTER 90 DAYS

TOSHIBA FINANCIAL SERVICES
PO BOX 790448
ST. LOUIS, MO 63179

AUTHORIZED SIGNATURE

⑈053439⑈ ⑆114025641⑆ ▇▇▇▇21⑈

Check 53439 Amount $575.62 Date 2/28/2022

Check 53439 Back



1900 NW Loop 410
San Antonio, Texas 78213
(210)807-5500
texaspartners.bank

1273805
GENESIS NETWORKS TELECOM SERVICES, LLC
OPERATING ACCOUNT
1354 N LOOP 1604 E
SUITE 103
SAN ANTONIO TX 78232

Date 3/31/22 Page 1
Primary Account [redacted]21
Enclosures 65

Effective April 1, 2022, the manual outgoing wire fee will be $30.00.

| **Business Preferred** | | **Number of Enclosures** | 65 |
|---|---|---|---|
| Account Number | [redacted]21 | Statement Dates | 3/01/22 thru 3/31/22 |
| Previous Balance | 298,907.84 | Days in the statement period | 31 |
| 35 Deposits/Credits | 1,076,403.16 | Average Ledger | 292,377.66 |
| 117 Checks/Debits | 950,705.00 | Average Collected | 289,668.71 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 424,606.00 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | **$.00** | **$.00** |
| **Total Returned Item Fees** | **$.00** | **$.00** |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/01 | ACH PAYMENTS AT&T<br>CTX 0022639281771SS<br>ST*820*000003575\<br>BPR*C*3179.25*C*ACH*CTX*01*021<br>000021*DA*709373815*9742782655<br>**01*114025641*DA*0000007021*2<br>0220301*VEN\ | 3,179.25 |
| 3/02 | ACH GTEL Genesis Network<br>CCD GTEL | 4,926.00 |
| 3/02 | ACH GTEL Genesis Network<br>CCD GTEL | 13,923.07 |
| 3/02 | ACH PAYMENTS VONAGE AMERICA<br>CTX 13848<br>ST*820*000066519\<br>BPR*C*133736.26*C*ACH*CTX*01*0<br>21000021*DA*957083440*99083440<br>02**01*114025641*DA*0000007021<br>*20220301\ | 133,736.26 |
| 3/02 | Remote Deposit | 907.98 |

OUTSTANDING CHECKS

**Reconciliation of Account**

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total of Checks not paid | |

RECONCILIATION INSTRUCTIONS

Date ______________________

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| TOTAL | |
| Subtract total of checks not paid | |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE ➡ | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Account Statement**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at Texas Partners Bank, Attn: Deposit Operations, 1900 NW Loop 410, San Antonio, TX 78213 as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at 800-815-0782 or Texas Partners Bank, Attn: Deposit Operations, 1900 NW Loop 410, San Antonio, TX 78213. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

**(this applies to consumer accounts only)**



 

| | |
|---|---|
| Date 3/31/22 | Page 2 |
| Primary Account | 21 |
| Enclosures | 65 |

Business Preferred  (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/03 | Wire Transfer Credit<br>AUSTIN TELE-SERVICES PARTNERS<br>DBA NETWORK HARDWAR OUTLET<br>DBA GENESIS ATS<br>1354 N LOOP 1604 E SUITE 103<br>20220303K1B7581C000421<br>20220303MMQFMPPI000073<br>03031254FT01 | 250,000.00 |
| 3/04 | ACH CCDPSAPPYMACN COMMUNICATIO<br>CCD EFT 7021 | 735.00 |
| 3/07 | Wire Transfer Credit<br>CONSCIA DANMARK A/S<br>KIRKEBJERG PARKVEJ 9 2<br>DK-2605 BRONDBY<br>CONSCIA DANMARK A/S F PI112444<br>20220307B1QGC06C001543<br>20220307MMQFMPPI000011<br>03070800FT01 | 1,893.88 |
| 3/07 | ACH PAYMENTS COX COMMUNICATIO<br>CTX 11290543<br>ST*820*000000261\<br>BPR*X*156*C*ACH*CTX*01*0612097<br>56*DA*2079930010461*4582112281<br>**01*114025641*DA*0000007021*2<br>0220307\ | 156.00 |
| 3/08 | ACH Payment Ooma Inc Payable<br>CCD Genesis Network | 415.25 |
| 3/09 | MATTHEWS INTERNATIONAL<br>SUBFE06062<br>114025640000304<br>Account Closed | 1.184.25 |
| 3/10 | BARRETT UTILTIES AND C<br>SUBFE12680<br>114025640000314<br>Account Closed | 5,112.00 |
| 3/10 | Trsf from Genesis Operating<br>02/03/2022 GTSTrade Deposit<br>Confirmation number 310220062 | 5.621.43 |
| 3/10 | Trsf from Genesis Operating<br>03/04/2022 GTSTrade Deposit<br>Confirmation number 310220063 | 25,387.06 |
| 3/10 | Trsf from Genesis Operating<br>03/08/2022 GTSTrade Deposit | 10.362.68 |



 

TEXAS PARTNERS BANK

EQUAL HOUSING LENDER FDIC

Date 3/31/22 Page 3
Primary Account [redacted]21
Enclosures 65

Business Preferred [redacted]21 (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| | Confirmation number 310220064 | |
| 3/11 | ACH CORP PAY SHOPPERTRAK RCT<br>CCD GENESIS | 139.392.73 |
| 3/14 | ACH PAYABLES USACOPERATING<br>CCD GENEN | 5,912.00 |
| 3/17 | Wire Transfer Credit<br>CONSCIA DANMARK A/S<br>KIRKEBJERG PARKVEJ 9 2<br>DK-2605 BRONDBY<br>CONSCIA DANMARK A/S F PI112539<br>20220317B1QGC05C001024<br>20220317MMQFMPPI000006<br>03170800FT01 | 1.472.00 |
| 3/18 | ACH PAYABLES TELESPACE LLC<br>PPD AUSTIN01<br>GENESIS NETWORKS TELEC | 143.15 |
| 3/18 | ACH PAYABLES GENESIS NETWORKS<br>CCD AUSTIN01 | 496.98 |
| 3/18 | ACH PAYABLES GENESIS GLOBAL<br>CCD AUSTIN01 | 6,567.22 |
| 3/21 | ACH PAYMENTS COX COMMUNICATIO<br>CTX 11292596<br>ST*820*000000092\<br>BPR*X*13139.86*C*ACH*CTX*01*06<br>1209756*DA*2079930010461*45821<br>12281**01*114025641*DA*0000007<br>021*20220321\ | 13.139.86 |
| 3/21 | Trsf from Genesis Operating<br>GTSTrade 03/18/2022<br>Confirmation number 321220197 | 40,452.08 |
| 3/22 | MATTHEWS INTERNATIONAL<br>SUBFE06062<br>114025640001309<br>Account Closed | 309.00 |
| 3/23 | ONEPATH DS INTERNAL NO<br>SUBFE01975<br>114025640001278<br>No Account/Unable to Locate Ac | 26,313.37 |
| 3/23 | ACH PAYABLES 460 TECH LLC<br>CCD GENESI03 | 165.76 |
| 3/23 | Remote Deposit | 80.766.28 |
| 3/25 | ACH CCDPSAPPYMACN COMMUNICATIO<br>CCD EFT 7021 | 72.98 |



 

Date 3/31/22 Page 4
Primary Account ██21
Enclosures 65

Business Preferred ██21 (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/25 | ACH PAYMENTS Gravetti<br>CCD TELECOM | 101.24 |
| 3/28 | ACH CORP PAY SHOPPERTRAK RCT<br>CCD GENESIS | 109.861.85 |
| 3/28 | Remote Deposit | 2.118.15 |
| 3/30 | Trsf from Genesis Operating<br>Confirmation number 330220012 | 139.170.16 |
| 3/30 | Remote Deposit | 185.00 |
| 3/31 | ACH Payment Ooma Inc Payable<br>CCD Genesis Network | 938.50 |
| 3/31 | Trsf from Genesis Operating<br>Verizon Payment<br>Confirmation number 331220199 | 51,284.74 |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 3/02 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 1,985.87- |
| 3/03 | Transf to Genesis Global Opera<br>VMorrie Cobra 01/01-01/31/2022<br>Confirmation number 303220167 | 631.24- |
| 3/04 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 2,525.00- |
| 3/04 | ACH Loan Pymt Prosperity Bank<br>PPD 000000000000000<br>GENESIS NETWORK | 6.978.24- |
| 3/04 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 93,019.32- |
| 3/04 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 168.702.99- |
| 3/07 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 2,077.84- |
| 3/07 | ACH ACH PMT AMEX EPAYMENT<br>CCD COP000005051568 | 17.288.61- |
| 3/07 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 60,759.48- |
| 3/07 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 67.823.62- |
| 3/08 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA98711024 | 179.06- |



 

Date 3/31/22 Page 5
Primary Account ■21
Enclosures 65

Business Preferred ■21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 3/08 | ACH CABLE COMCAST<br>TEL 0724825 | 391.38- |
| 3/08 | ACH SPECTRUM SPECTRUM<br>TEL 6461781 | 979.09- |
| 3/08 | ACH AUTO PAY Level 3 Communic<br>CCD 14539983755 | 1,158.42- |
| 3/08 | ACH INTERNET SUNBELT RENTALS<br>WEB 043000093465930 | 7,129.84- |
| 3/08 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA98708970 | 30,761.94- |
| 3/09 | Wire Transfer Debit<br>RECEIVER GENERAL OF CANADA<br>121000248<br>MFI9708060815CAD3<br>11 LAURIER STREET GATINEAU<br>QUEBEX KIA 0S5<br>CANADA<br>WELLS FARGO<br>BANK NO 815 TRANSIT 98000<br>BUSINESS NO 793692344 RT0001<br>2021 CANADIAN TAX<br>AUTHORIZATION 122-25678-CRA<br>20220309MMQFMPPI000000 | 5,023.48- |
| 3/09 | ACH FIRSTECH GFL ENV.<br>TEL FTWEB49533095 | 643.77- |
| 3/09 | ACH WEB PAY LEASE DIRECT<br>CCD 75239446 | 2,564.74- |
| 3/10 | ACH TXN DHL EXPRESS<br>WEB 151353737 | 71.98- |
| 3/11 | ACH GRPW PREM UNITED<br>CCD 2203090442848 | 1,241.69- |
| 3/11 | ACH GRPW PREM UNITED<br>CCD 2203090442847 | 1,850.73- |
| 3/11 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 10,200.97- |
| 3/11 | ACH OBPPAYMT HEALTH CARE SERV<br>CCD 5455323026 | 19,885.14- |
| 3/16 | Wire Transfer Debit<br>GENESIS NETWORKS TELECOM SERVI<br>322070381<br>80-03152231 | 14.00- |



 

Date 3/31/22 Page 6
Primary Account 21
Enclosures 65

Business Preferred 21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | 1354 N Loop 1604 E, Suite 103<br>SAN<br>EW BK SMRINO<br>PASADENA, CA<br>20220316MMQFMPPI000006<br>20220316L2B77Q1C001703<br>03160927FT01 | |
| 3/17 | Wire Transfer Debit<br>PROPLE BPO INC.<br>121000248<br>5440042033<br>23rd Floor. Robinsons Cvberaat<br>Tower 3. Pioneer Street<br>Mandaluvona Citv 1550<br>WELLS FARGO NA<br>SAN FRANCISCO. CA<br>Pavment for Invoice 22499 and<br>20220317MMQFMPPI000050<br>20220317I1B7032R011794<br>03171232FT01 | 24.038.78- |
| 3/17 | ACH DEBIT TAX STATE OF IDAHO<br>CCD 1449492736<br>TXP*003704963 *01109*2112<br>*T*2596\ | 25.96- |
| 3/17 | ACH E-CHECK Corp E Corp<br>CCD 1211378376 | 1.038.47- |
| 3/18 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 2,651.00- |
| 3/18 | ACH ACH PMT AMEX EPAYMENT<br>CCD COP000005064045 | 6.154.80- |
| 3/18 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 8,603.11- |
| 3/18 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 9.243.19- |
| 3/18 | ACH ACH PMT AMEX EPAYMENT<br>TEL V6376 | 12,500.26- |
| 3/18 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 26.142.05- |
| 3/18 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 37,083.08- |
| 3/18 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET | 113.739.35- |



 

TEXAS PARTNERS BANK

EQUAL HOUSING LENDER

FDIC

| | |
|---|---|
| Date 3/31/22 | Page 7 |
| Primary Account | [redacted]21 |
| Enclosures | 65 |

Business Preferred [redacted]21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | GENESIS TELECOM | |
| 3/21 | ACH SALE INTELIFI INC<br>CCD | 85.85- |
| 3/21 | ACH SPECTRUM SPECTRUM<br>TEL 8953961 | 2,221.40- |
| 3/21 | ACH 526623-701CITY OF MARIETTA<br>PPD 770-794-5152<br>SELECTRON USER (NO FIR | 2,264.82- |
| 3/21 | ACH INTERNET SUNBELT RENTALS<br>WEB 043000097391744 | 7,792.95- |
| 3/22 | ACH TXN DHL EXPRESS<br>WEB 151367278 | 69.50- |
| 3/22 | ACH FIRSTECH GFL ENV.<br>TEL FTWEB50075504 | 643.77- |
| 3/22 | ACH NTCLBIIVRCTHE HARTFORD<br>CCD 15850157 | 7,956.56- |
| 3/23 | Transf to Austin TeleServices<br>3/25 Payroll Transfer<br>Confirmation number 323220055 | 81,000.00- |
| 3/25 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 2,403.37- |
| 3/28 | Transf to Genesis Global Opera<br>2021 Higginbotham Cobra Reimbu<br>Confirmation number 328220176 | 6,204.23- |
| 3/28 | Transf to Genesis Operating<br>2021<br>Confirmation number 328220177 | 420.33- |
| 3/29 | Transf to Genesis Global Opera<br>Higginbotham Cobra ck# 14705<br>Confirmation number 329220023 | 2,038.12- |
| 3/31 | Wire Transfer Debit<br>DAVID CATALAN<br>121000248<br>008334045553<br>BLOCK 7 LOT 2 WEAVER DR BF PIL<br>LAS PINAS CITY 1740 METRO<br>MANILA PHILIPPINES<br>WELLS FARGO NA<br>SAN FRANCISCO, CA<br>PAYMENT FOR INVOICE DC-2022000<br>20220331MMQFMPPI000074<br>20220331I1B7032R032145 | 1,371.00- |






| | | |
|---|---|---|
| Date 3/31/22 | Page | 8 |
| Primary Account | | ■■21 |
| Enclosures | | 65 |

Business Preferred ■■21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | 03311343FT01 | |
| 3/31 | Wire Transfer Debit<br>APEX RWL INC<br>121000248<br>003020001030<br>10TH FLR SOUTH TOWER ROCKWELL<br>BUSINESS CENTER, SHERIDAN COR<br>UNITED STS MANDALUYONG CITY<br>WELLS FARGO NA<br>SAN FRANCISCO, CA<br>PAYMENT FOR INVOICE BI002-0696<br>20220331MMQFMPPI000093<br>20220331I1B7032R032512<br>03311348FT01 | 2,515.64- |
| 3/31 | Wire Transfer Debit<br>APEX RWL INC<br>121000248<br>133020000336<br>10TH FLR SOUTH TOWER ROCKWELL<br>BUSINESS CENTER, SHERIDAN COR<br>UNITED STS MANDALUYONG CITY<br>WELLS FARGO NA<br>SAN FRANCISCO, CA<br>PAYMENT FOR INVOICES<br>BI002-0695 & BI002-0708<br>20220331MMQFMPPI000097<br>20220331I1B7032R032688<br>03311350FT01 | 6,040.37- |
| 3/31 | Wire Transfer Debit<br>OUTSOURCING SERVICES INTERNATI<br>021000089<br>201127040<br>Edif Avante 4-2, Urb.Madrselva<br>Calle Llama Del Bosque Pte. Pi<br>Antiguo Cuscatlan, La Libertad<br>CITIBANK NYC<br>NEW YORK, NY<br>111 Wall Street New York NY 10<br>Invoice No.20sd000x030<br>Austin Tele Services Partners<br>DBA Genesis Networks<br>20220331MMQFMPPI000088 | 28,371.58- |



 

Date 3/31/22 Page 9
Primary Account ██21
Enclosures 65

Business Preferred ██21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | 20220331B1Q8021R074533<br>03311347FT01 | |

## PAID CHECK

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 3/18 | 5385 | 3,300.00 | 3/14 | 53448 | 74.77 |
| 3/25 | 5386 | 100.00 | 3/24 | 53449 | 50.00 |
| 3/15 | 5387 | 100.00 | 3/10 | 53450 | 3,982.26 |
| 3/07 | 53257* | 415.00 | 3/15 | 53451 | 50.00 |
| 3/14 | 53303* | 309.00 | 3/11 | 53452 | 200.00 |
| 3/14 | 53350* | 420.00 | 3/22 | 53453 | 10.65 |
| 3/14 | 53354* | 375.00 | 3/16 | 53454 | 135.31 |
| 3/09 | 53381* | 340.00 | 3/14 | 53455 | 253.32 |
| 3/07 | 53392* | 1,895.70 | 3/14 | 53456 | 268.84 |
| 3/01 | 53397* | 698.00 | 3/14 | 53457 | 1,700.00 |
| 3/01 | 53405* | 416.00 | 3/15 | 53458 | 649.58 |
| 3/22 | 53408* | 285.00 | 3/21 | 53459 | 2,957.45 |
| 3/31 | 53409 | 400.00 | 3/21 | 53460 | 1,793.86 |
| 3/07 | 53411* | 1,803.30 | 3/15 | 53461 | 6,879.89 |
| 3/14 | 53414* | 140.00 | 3/11 | 53462 | 1,900.00 |
| 3/03 | 53415 | 510.00 | 3/22 | 53463 | 1,540.72 |
| 3/08 | 53416 | 160.00 | 3/14 | 53464 | 1,302.26 |
| 3/03 | 53417 | 111.00 | 3/21 | 53465 | 912.59 |
| 3/25 | 53418 | 165.00 | 3/14 | 53466 | 718.00 |
| 3/14 | 53421* | 305.00 | 3/16 | 53468* | 356.00 |
| 3/02 | 53424* | 201.00 | 3/29 | 53469 | 300.00 |
| 3/01 | 53425 | 20.40 | 3/16 | 53470 | 285.00 |
| 3/17 | 53426 | 180.00 | 3/16 | 53473* | 176.80 |
| 3/14 | 53427 | 3.20 | 3/11 | 53474 | 132.00 |
| 3/01 | 53431* | 178.61 | 3/31 | 53475 | 123.60 |
| 3/04 | 53433* | 50.00 | 3/15 | 53476 | 121.68 |
| 3/04 | 53441* | 523.50 | 3/17 | 53478* | 91.35 |
| 3/01 | 53442 | 3,739.19 | 3/11 | 53479 | 85.00 |
| 3/14 | 53443 | 200.43 | 3/30 | 53481* | 19.84 |
| 3/11 | 53444 | 1,550.00 | 3/29 | 53543* | 816.87 |
| 3/14 | 53445 | 2,322.99 | 3/28 | 53544 | 235.32 |
| 3/14 | 53446 | 2,053.21 | 3/30 | 53550* | 1,157.00 |
| 3/14 | 53447 | 1,646.53 | | | |

* Indicates Break In Check Number Sequence

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/01 | 297,034.89 | 3/03 | 697,089.09 | 3/07 | 276,011.37 |
| 3/02 | 448,341.33 | 3/04 | 426,025.04 | 3/08 | 235,666.89 |





Date 3/31/22 Page 10
Primary Account ■21
Enclosures 65

Business Preferred ■21 (Continued)

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/09 | 228,279.15 | 3/17 | 334,203.91 | 3/25 | 171,061.50 |
| 3/10 | 270,708.08 | 3/18 | 121,994.42 | 3/28 | 276,181.62 |
| 3/11 | 373,055.28 | 3/21 | 157,557.44 | 3/29 | 273,026.63 |
| 3/14 | 366,874.73 | 3/22 | 147,360.24 | 3/30 | 411,204.95 |
| 3/15 | 359,073.58 | 3/23 | 173,605.65 | 3/31 | 424,606.00 |
| 3/16 | 358,106.47 | 3/24 | 173,555.65 | | |

## END OF STATEMENT

TEXAS PARTNERS BANK

Primary Account: 21

22076H006157
GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio — 05385

DATE — AMOUNT

Pay Three Thousand Three Hundred Dollars and 00 Cents — Mar 18, 2022 — $3,300.00

To the Order of: VOID AFTER 90 DAYS

FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA 94257-0531

AUTHORIZED SIGNATURE

⑈05385⑈ ⑆114025841⑆ 021⑈

Check 5385 Amount $3,300.00 Date 3/18/2022

22076H006157

Bank of the West
Deposit Only CA ST Treas. FTB
Absence of Prior Endorse. Guar.

Check 5385 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio — 05386

DATE — AMOUNT

Pay One Hundred Dollars and 00 Cents — Mar 18, 2022 — $100.00

To the Order of: VOID AFTER 90 DAYS

ALABAMA DEPT OF REVENUE
BUSINESS PRIVILEGE TAX
PO BOX 327320
MONTGOMERY, AL 36132-7320

AUTHORIZED SIGNATURE

⑈05386⑈ ⑆114025841⑆ 21⑈

Check 5386 Amount $100.00 Date 3/25/2022

Alabama Department of Revenue, For Deposit Only
Internal Batch #:
Document Locator Number (DLN):
Processing Date: 03 24 2022 9:33:05 AM

32206210001

ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Check 5386 Back

22100014761-01
GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio — 05387

DATE — AMOUNT

Pay One Hundred Dollars and 00 Cents — Mar 10, 2022 — $100.00

To the Order of: VOID AFTER 90 DAYS

DEPARTMENT OF REVENUE
500 DEADERICK STREET
ANDREW JACKSON STATE OFFICE BLDG
NASHVILLE, TN 37242

AUTHORIZED SIGNATURE

⑈05387⑈ ⑆114025841⑆ 21⑈

Check 5387 Amount $100.00 Date 3/15/2022

22100014761-01

For Deposit Only
Tennessee Dept of Revenue

Check 5387 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio — 053257

DATE — AMOUNT

Pay Four Hundred Fifteen Dollars and 00 Cents — Dec 13, 2021 — $415.00

To the Order of: VOID AFTER 90 DAYS

BRIAN GORDON
1588 HAIGHT ST
#7
SAN FRANCISCO, CA 94117

AUTHORIZED SIGNATURE

⑈053257⑈ ⑆114025841⑆ 21⑈

Check 53257 Amount $415.00 Date 3/7/2022

ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Check 53257 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]021

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053303
DATE Dec 24, 2021 AMOUNT $309.00
Pay Three Hundred Nine Dollars and 00 Cents
VOID AFTER 90 DAYS
to the Order of:
Comnectra Technologies
3025 Arthurs Crescent SW
Edmonton, AB T6W2H9
AUTHORIZED SIGNATURE
⑈053303⑈ ⑆114025641⑆ [redacted]21⑈

Check 53303 Amount $309.00 Date 3/14/2022

ENDORSE HERE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

Check 53303 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053350
DATE Jan 7, 2022 AMOUNT $420.00
Pay Four Hundred Twenty Dollars and 00 Cents
VOID AFTER 90 DAYS
to the Order of:
Comnectra Technologies
3025 Arthurs Crescent SW
Edmonton, AB T6W2H9
AUTHORIZED SIGNATURE
⑈053350⑈ ⑆114025641⑆ [redacted]21⑈

Check 53350 Amount $420.00 Date 3/14/2022

ENDORSE HERE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

Check 53350 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053354
DATE Jan 7, 2022 AMOUNT $375.00
Pay Three Hundred Seventy Five Dollars and 00 Cents
VOID AFTER 90 DAYS
to the Order of:
Comnectra Technologies
3025 Arthurs Crescent SW
Edmonton, AB T6W2H9
AUTHORIZED SIGNATURE
⑈053354⑈ ⑆114025641⑆ [redacted]021⑈

Check 53354 Amount $375.00 Date 3/14/2022

ENDORSE HERE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

Check 53354 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053381
DATE Jan 5, 2022 AMOUNT $340.00
Pay Three Hundred Forty Dollars and 00 Cents
VOID AFTER 90 DAYS
to the Order of:
Enterpoint LLC
21962 county 95
Ponce, MN 56401
AUTHORIZED SIGNATURE
⑈053381⑈ ⑆114025641⑆ [redacted]021⑈

Check 53381 Amount $340.00 Date 3/9/2022

>091201258<
Security Bank USA 031
[redacted]
0031704926
Batch [redacted]

For deposit Only

Check 53381 Back

Exhibit EXH G-9 - Bank Statements for Genesis Networks Telecom Services LLC Page 63 of 124
Date: 3/31/2022 Page: 13 of 27

TEXAS PARTNERS BANK

Primary Account: [redacted]21

GENESIS NETWORKS TELECOM SERVICES, LLC
Bank of San Antonio
053392
$1,895.70
VOID AFTER 90 DAYS
Alias Chowdhury
[redacted]

Check 53392 Amount $1,895.70 Date 3/7/2022

Check 53392 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
Bank of San Antonio
053397
VOID AFTER 90 DAYS
JAMES BRIAN LOCKLUND
[redacted]

Check 53397 Amount $698.00 Date 3/1/2022

Check 53397 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
Bank of San Antonio
053405
JAMES BRIAN LOCKLUND
[redacted]

Check 53405 Amount $416.00 Date 3/1/2022

Check 53405 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
Bank of San Antonio
053408
VOID AFTER 90 DAYS
BRIAN GORDON
SAN FRANCISCO, CA
[redacted]

Check 53408 Amount $285.00 Date 3/22/2022

Check 53408 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]21

Check 53409 Amount $400.00 Date 3/31/2022

Check 53409 Back

Check 53411 Amount $1,803.30 Date 3/7/2022

Check 53411 Back

Check 53414 Amount $140.00 Date 3/14/2022

Check 53414 Back

Check 53415 Amount $510.00 Date 3/3/2022

Check 53415 Back

Check 53416 Amount $160.00 Date 3/8/2022

Check 53416 Back

Check 53417 Amount $111.00 Date 3/3/2022

Check 53417 Back

Check 53418 Amount $165.00 Date 3/25/2022

Check 53418 Back

Check 53421 Amount $305.00 Date 3/14/2022

Check 53421 Back


GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053424
DATE Feb 17, 2022 AMOUNT $201.00
Pay Two Hundred One Dollars and 00 Cents
VOID AFTER 90 DAYS
to the Order of
Texas Maestro Tech, LLC
3904 Inglewood Dr
Midland, TX 79707
AUTHORIZED SIGNATURE
⑈053424⑈ ⑆114025641⑆ [redacted]21⑈

Check 53424 Amount $201.00 Date 3/2/2022

Check 53424 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053425
DATE Feb 17, 2022 AMOUNT $20.40
Pay Twenty Dollars and 40 Cents
VOID AFTER 90 DAYS
to the Order of:
Field Nation
733 Marquette Avenue S
#620
Minneapolis, MN 55402
AUTHORIZED SIGNATURE
⑈053425⑈ ⑆114025641⑆ [redacted]21⑈

Check 53425 Amount $20.40 Date 3/1/2022

CR PAYEE ACCT
LACK END GRD
BANK OF AMERICA

Check 53425 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053426
DATE Feb 17, 2022 AMOUNT $180.00
Pay One Hundred Eighty Dollars and 00 Cents
VOID AFTER 90 DAYS
to the Order of:
Ethernet Communications
4533 Playschool Dr
Jacksonville, FL 32210
AUTHORIZED SIGNATURE
⑈053426⑈ ⑆114025641⑆ [redacted]21⑈

Check 53426 Amount $180.00 Date 3/17/2022

Navy Federal Credit Union
820 Follin Lane Vienna VA 22180
For Mobile Deposit only at Navy

Check 53426 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053427
DATE Feb 17, 2022 AMOUNT $3.20
Pay Three Dollars and 20 Cents
VOID AFTER 90 DAYS
to the Order of:
Labtech Solutions LLC
13918 E. Mississippi Ave
#489
Aurora, CO 80012
AUTHORIZED SIGNATURE
⑈053427⑈ ⑆114025641⑆ [redacted]21⑈

Check 53427 Amount $3.20 Date 3/14/2022

For Deposit Only

Check 53427 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]21

Check 53431 Amount $178.61 Date 3/1/2022

Check 53431 Back

Check 53433 Amount $50.00 Date 3/4/2022

Check 53433 Back

Check 53441 Amount $523.50 Date 3/3/2022

Check 53441 Back

Check 53442 Amount $3,739.19 Date 3/1/2022

Check 53442 Back

Primary Account: [redacted]21

Check 53443 Amount $200.43 Date 3/14/2022

Check 53443 Back

Check 53444 Amount $1,550.00 Date 3/11/2022

Check 53444 Back

Check 53445 Amount $2,322.99 Date 3/14/2022

Check 53445 Back

Check 53446 Amount $2,053.21 Date 3/14/2022

Check 53446 Back

Primary Account: [redacted]21

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053447
DATE Mar 4, 2022 AMOUNT $1,646.53
Pay One Thousand Six Hundred Forty Six Dollars and 53 Cents
VOID AFTER 90 DAYS
to the Order of:
AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019
AUTHORIZED SIGNATURE
⑆053447⑆ ⑆114025641⑆ [redacted]21⑈

Check 53447 Amount $1,646.53 Date 3/14/2022

PAY TO THE ORDER OF
FOR DEPOSIT ONLY

Check 53447 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053448
DATE Mar 4, 2022 AMOUNT $74.77
Pay Seventy Four Dollars and 77 Cents
VOID AFTER 90 DAYS
to the Order of:
AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019
AUTHORIZED SIGNATURE
⑆053448⑆ ⑆114025641⑆ [redacted]21⑈

Check 53448 Amount $74.77 Date 3/14/2022

PAY TO THE ORDER OF
FOR DEPOSIT ONLY

Check 53448 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053449
DATE Mar 4, 2022 AMOUNT $50.00
Pay Fifty Dollars and 00 Cents
VOID AFTER 90 DAYS
to the Order of:
CITY OF GREENWOOD
709 W MAIN ST
GREENWOOD, MO 64034
AUTHORIZED SIGNATURE
⑆053449⑆ ⑆114025641⑆ [redacted]21⑈

Check 53449 Amount $50.00 Date 3/24/2022

SECURITY BANK OF KANSAS CITY
ENDORSE HERE
CHECK TO BE DEPOSITED ONLY

Check 53449 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053450
DATE Mar 4, 2022 AMOUNT $3,982.26
Pay Three Thousand Nine Hundred Eighty Two Dollars and 26 Cents
VOID AFTER 90 DAYS
to the Order of:
FLEXENTIAL CORP
PO BOX 732368
DALLAS, TX 75373-2368
AUTHORIZED SIGNATURE
/0000398226/
⑆053450⑆ ⑆114025641⑆ [redacted]21⑈

Check 53450 Amount $3,982.26 Date 3/10/2022

JPMORGANCHASE BK NA
FOR DEPOSIT ONLY

Check 53450 Back

TEXAS PARTNERS BANK

Primary Account: ■021

Check 53451 Amount $50.00 Date 3/15/2022

Check 53451 Back

Check 53452 Amount $200.00 Date 3/11/2022

Check 53452 Back

Check 53453 Amount $10.65 Date 3/22/2022

Check 53453 Back

Check 53454 Amount $135.31 Date 3/16/2022

Check 53454 Back



Check 53455 Amount $253.32 Date 3/14/2022

Check 53455 Back

Check 53456 Amount $268.84 Date 3/14/2022

Check 53456 Back

Check 53457 Amount $1,700.00 Date 3/14/2022

Check 53457 Back

Check 53458 Amount $649.58 Date 3/15/2022

Check 53458 Back

Check 53459 Amount $2,957.45 Date 3/21/2022

Check 53459 Back

Check 53460 Amount $1,793.86 Date 3/21/2022

Check 53460 Back

Check 53461 Amount $6,879.89 Date 3/15/2022

Check 53461 Back

Check 53462 Amount $1,900.00 Date 3/11/2022

Check 53462 Back

| | |
|---|---|
| GENESIS NETWORKS TELECOM SERVICES, LLC<br>1354 N LOOP 1604 E, STE 103<br>SAN ANTONIO, TX 78232<br>Bank of San Antonio 053463<br>Pay One Thousand Five Hundred Forty Dollars and 72 Cents<br>DATE Mar 4, 2022 AMOUNT $1,540.72<br>VOID AFTER 90 DAYS<br>to the Order of: Xuan Lin<br>8428 Venture Way Unit E<br>Surrey, BC V4N 2W6<br>AUTHORIZED SIGNATURE | ENDORSE HERE<br>CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT<br>DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE |
| Check 53463 Amount $1,540.72 Date 3/22/2022 | Check 53463 Back |
| GENESIS NETWORKS TELECOM SERVICES, LLC<br>1354 N LOOP 1604 E, STE 103<br>SAN ANTONIO, TX 78232<br>Bank of San Antonio 053464<br>Pay One Thousand Three Hundred Two Dollars and 26 Cents<br>DATE Mar 4, 2022 AMOUNT $1,302.26<br>VOID AFTER 90 DAYS<br>to the Order of: Matthew Joseph Rinaldo II<br>1513 STEFAN COLE LN<br>APOPKA, FL 32703<br>AUTHORIZED SIGNATURE | ENDORSE HERE<br>CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT |
| Check 53464 Amount $1,302.26 Date 3/14/2022 | Check 53464 Back |
| GENESIS NETWORKS TELECOM SERVICES, LLC<br>1354 N LOOP 1604 E, STE 103<br>SAN ANTONIO, TX 78232<br>Bank of San Antonio 053465<br>Pay Nine Hundred Twelve Dollars and 59 Cents<br>DATE Mar 4, 2022 AMOUNT $912.59<br>VOID AFTER 90 DAYS<br>to the Order of: Alas Chowdhury<br>1483 Midland Ave<br>Scarborough, ON M1P4A<br>AUTHORIZED SIGNATURE | ENDORSE HERE<br>CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT |
| Check 53465 Amount $912.59 Date 3/21/2022 | Check 53465 Back |
| GENESIS NETWORKS TELECOM SERVICES, LLC<br>1354 N LOOP 1604 E, STE 103<br>SAN ANTONIO, TX 78232<br>Bank of San Antonio 053466<br>Pay Seven Hundred Eighteen Dollars and 00 Cents<br>DATE Mar 4, 2022 AMOUNT $718.00<br>VOID AFTER 90 DAYS<br>to the Order of: JOHN GERALDS<br>5008 ORMAND RD<br>DAYTON, OH 45449-2747<br>AUTHORIZED SIGNATURE | ENDORSE HERE<br>FOR MOBILE DEPOSIT ONLY<br>PNC BANK<br>CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT<br>DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE |
| Check 53466 Amount $718.00 Date 3/14/2022 | Check 53466 Back |

TEXAS PARTNERS BANK

Primary Account: [redacted]21

Check 53468 Amount $356.00 Date 3/16/2022

Check 53468 Back

Check 53469 Amount $300.00 Date 3/29/2022

Check 53469 Back

Check 53470 Amount $285.00 Date 3/16/2022

Check 53470 Back

Check 53473 Amount $176.80 Date 3/16/2022

Check 53473 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]21

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053474

DATE: Mar 4, 2022 AMOUNT: $132.00

Pay: One Hundred Thirty Two Dollars and 00 Cents

VOID AFTER 90 DAYS

to the Order of: Jerome Rogers Jr.
2273 Seminole Drive
Montgomery, AL 36106

AUTHORIZED SIGNATURE

⑈053474⑈ ⑆114025641⑆ ⑈[redacted]21⑈

Check 53474 Amount $132.00 Date 3/11/2022

Guardian Credit Union
[redacted]
3/10/2022 PM
TELLER # 0757
TRANS. # 1152955
MBR ACCT# [redacted]
MONTGOMERY, AL 36104

Check 53474 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053475

DATE: Mar 4, 2022 AMOUNT: $123.60

Pay: One Hundred Twenty Three Dollars and 60 Cents

VOID AFTER 90 DAYS

to the Order of: SITE-TO-SITE COMPUTERS
WILLOWDALE LN
ANTIGONISH, NS B2G2H5

AUTHORIZED SIGNATURE

⑈053475⑈ ⑆114025641⑆ [redacted]21⑈

Check 53475 Amount $123.60 Date 3/31/2022

EAST COAST CREDIT UNION
MAR 29 2022

G1,2187

[redacted]

Check 53475 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053476

DATE: Mar 4, 2022 AMOUNT: $121.68

Pay: One Hundred Twenty One Dollars and 68 Cents

VOID AFTER 90 DAYS

to the Order of: Aegis Protective Solutions, LLC
31 Manor Croft Dr.
Sumter, SC 29150

AUTHORIZED SIGNATURE

⑈053476⑈ ⑆114025641⑆ ⑈[redacted]21⑈

Check 53476 Amount $121.68 Date 3/15/2022

THE CITIZENS BANK

Check 53476 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053478

DATE: Mar 4, 2022 AMOUNT: $91.35

Pay: Ninety One Dollars and 35 Cents

VOID AFTER 90 DAYS

to the Order of: Randy Pante
151 - 78A McKenney Ave
St Albert, AB T8N7Z6

AUTHORIZED SIGNATURE

⑈053478⑈ ⑆114025641⑆ ⑈[redacted]21⑈

Check 53478 Amount $91.35 Date 3/17/2022

[redacted]

Check 53478 Back


Primary Account: ██21

Check 53479 Amount $85.00 Date 3/11/2022

Check 53479 Back

Check 53481 Amount $19.84 Date 3/30/2022

Check 53481 Back

Check 53543 Amount $816.87 Date 3/29/2022

Check 53543 Back

Check 53544 Amount $235.32 Date 3/28/2022

Check 53544 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]21

Check 53550 Amount $1,157.00 Date 3/30/2022

Check 53550 Back



1900 NW Loop 410
San Antonio, Texas 78213
(210)807-5500
texaspartners.bank

1326572
GENESIS NETWORKS TELECOM SERVICES, LLC
OPERATING ACCOUNT
1354 N LOOP 1604 E
SUITE 103
SAN ANTONIO TX 78232

Date 4/29/22 Page 1
Primary Account [redacted]21
Enclosures 38

| Business Preferred | | Number of Enclosures | 38 |
|---|---|---|---|
| Account Number | [redacted]1 | Statement Dates | 4/01/22 thru 5/01/22 |
| Previous Balance | 424,606.00 | Days in the statement period | 31 |
| 41 Deposits/Credits | 2,600,534.24 | Average Ledger | 694,767.24 |
| 103 Checks/Debits | 2,411,979.54 | Average Collected | 693,323.83 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 613,160.70 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/01 | ACH CCDPSAPPYMACN COMMUNICATIO<br>CCD EFT 7021 | 473.25 |
| 4/01 | ACH PAYMENTS AT&T<br>CTX 0033139361623SS<br>ST*820*000002401\<br>BPR*C*19955*C*ACH*CTX*01*02100<br>0021*DA*709373815*9742782655**<br>01*114025641*DA*0000007021*202<br>20401*VEN\ | 19,955.00 |
| 4/01 | Trsf from Genesis Operating<br>Verizon Payment<br>Confirmation number 401220240 | 23,865.08 |
| 4/04 | ACH PAYMENTS COX COMMUNICATIO<br>CTX 11294679<br>ST*820*000000015\<br>BPR*X*5451.44*C*ACH*CTX*01*061<br>209756*DA*2079930010461*458211<br>2281**01*114025641*DA*00000070 | 5,451.44 |

OUTSTANDING CHECKS

RECONCILIATION INSTRUCTIONS

**Reconciliation of Account**

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| Total of Checks not paid | |

Date ______________

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| TOTAL | |
| Subtract total of checks not paid | |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE ➡ | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**

## BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at Texas Partners Bank, Attn: Deposit Operations, 1900 NW Loop 410, San Antonio, TX 78213 as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

## IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at 800-815-0782 or Texas Partners Bank, Attn: Deposit Operations, 1900 NW Loop 410, San Antonio, TX 78213. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

**(this applies to consumer accounts only)**



 

Date 4/29/22 Page 2
Primary Account ■21
Enclosures 38

Business Preferred ■21 (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| | 21*20220404\ | |
| 4/04 | Trsf from Genesis Operating Verizon Payment Confirmation number 404220237 | 807,158.91 |
| 4/06 | Trsf from Genesis Operating Verizon Payment Confirmation number 406220019 | 70,027.84 |
| 4/06 | Trsf from Genesis Operating Verizon Payment Confirmation number 406220020 | 51,419.27 |
| 4/06 | Remote Deposit | 5,499.74 |
| 4/06 | Remote Deposit | 11,509.51 |
| 4/08 | ACH GTEL Genesis Network CCD GTEL01 | 6,844.75 |
| 4/08 | ACH PAYMENTS VONAGE AMERICA CTX 14357 ST*820*000017628\ BPR*C*60308.2*C*ACH*CTX*01*021 000021*DA*957083440*9908344002 **01*114025641*DA*0000007021*2 0220407\ | 60,308.20 |
| 4/11 | Trsf from Genesis Operating Verizon Payment Confirmation number 411220372 | 60,515.51 |
| 4/11 | Remote Deposit | 1,799.94 |
| 4/12 | ACH Payment Ooma Inc Payable CCD Genesis Network | 646.00 |
| 4/12 | ACH CORP PAY SHOPPERTRAK RCT CCD GENESIS | 31,979.16 |
| 4/13 | Trsf from Genesis Operating Verizon Payment Confirmation number 413220055 | 335,058.36 |
| 4/14 | ACH PAYMENTS NCR US CTX 8454012580 ST*820*000012333\ BPR*C*13873.7*C*ACH*CTX*01*021 000021*DA*9102752228*975222800 1**01*114025641**0000007021*20 220414\ | 13,873.70 |
| 4/14 | Trsf from Genesis Operating Verizon Payment Confirmation number 414220257 | 53,261.18 |
| 4/15 | ACH PAYABLES 460 TECH LLC CCD GENESI03 | 2.78 |



 

Date 4/29/22 Page 3
Primary Account 21
Enclosures 38

Business Preferred 1 (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/15 | ACH PAYABLES GENESIS NETWORKS<br>CCD AUSTIN01 | 341.10 |
| 4/15 | ACH PAYABLES GENESIS GLOBAL<br>CCD AUSTIN01 | 4.668.64 |
| 4/15 | ACH PAYMENTS VONAGE AMERICA<br>CTX 14479<br>ST*820*000008039\<br>BPR*C*12273.39*C*ACH*CTX*01*02<br>1000021*DA*957083440*990834400<br>2**01*114025641*DA*0000007021*<br>20220414\ | 12,273.39 |
| 4/18 | ACH PAYABLES TELESPACE LLC<br>PPD AUSTIN01<br>GENESIS NETWORKS TELEC | 1.975.00 |
| 4/18 | ACH GTEL Genesis Network<br>CCD | 5,035.97 |
| 4/19 | Trsf from Genesis Operating<br>Rvs HSA Transfer from GTEL<br>Confirmation number 419220051 | 60.00 |
| 4/19 | Trsf from Genesis Operating<br>Verizon Payment<br>Confirmation number 419220057 | 10,050.98 |
| 4/20 | OKANE ENGINEERING LLC<br>SUBFE19118<br>114025640002439<br>No Account/Unable to Locate Ac | 280.00 |
| 4/20 | MITCHELL LOVE<br>SUBFE03480<br>114025640002390<br>No Account/Unable to Locate Ac | 295.50 |
| 4/21 | SHARMEAKY ROBINSON<br>SUBFE15385<br>114025640002422<br>Account Closed | 158.10 |
| 4/21 | ACH PAYMENTS NCR US<br>CTX 8454012661<br>ST*820*000011254\<br>BPR*C*59919.11*C*ACH*CTX*01*02<br>1000021*DA*9102752228*97522280<br>01**01*114025641**0000007021*2<br>0220421\ | 59,919.11 |
| 4/22 | Wire Transfer Credit<br>NCR CANADA LTD-DISBURSEMENT AU | 2.328.57 |



 

TEXAS PARTNERS BANK

EQUAL HOUSING LENDER

FDIC

| | |
|---|---|
| Date 4/29/22 | Page 4 |
| Primary Account | [redacted]21 |
| Enclosures | 38 |

Business Preferred [redacted]1 (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| | C/O RBC MAIN BR TORONTO TR 000<br>200 BAY STREET WEST<br>ZZ TORONTO ONCANADA<br>CREDIT SUISSE (SCHWEIZ) AG (MU<br>NK ARS AND EFT SERVICE)<br>UETLIBERGSTRASSE 231<br>ZURICH SWITZERLAND CH<br>PI112050PI112051PI112138<br>20220422B1QGC07C005265<br>20220422MMQFMPPI000020<br>04221006FT03 | |
| 4/22 | Wire Transfer Credit<br>NCR CANADA LTD-DISBURSEMENT AU<br>C/O RBC MAIN BR TORONTO TR 000<br>200 BAY STREET WEST<br>ZZ TORONTO ONCANADA<br>CREDIT SUISSE (SCHWEIZ) AG (MU<br>NK ARS AND EFT SERVICE)<br>UETLIBERGSTRASSE 231<br>ZURICH SWITZERLAND CH<br>PI112132PI112133PI112136PI1112<br>20220422B1QGC07C005280<br>20220422MMQFMPPI000021<br>04221006FT03 | 2,505.51 |
| 4/22 | Wire Transfer Credit<br>CONSCIA DANMARK A/S<br>KIRKEBJERG PARKVEJ 9 2<br>DK-2605 BRONDBY<br>CONSCIA DANMARK A/S F PI112445<br>2583,PI112584<br>20220422B1QGC06C002624<br>20220422MMQFMPPI000009<br>04220800FT03 | 47,245.79 |
| 4/22 | Trsf from Genesis Operating<br>Verizon Payment<br>Confirmation number 422220043 | 1,884.83 |
| 4/25 | ACH PAYMENTS COX COMMUNICATIO<br>CTX 11298123<br>ST*820*000000115\<br>BPR*X*12977.96*C*ACH*CTX*01*06<br>1209756*DA*2079930010461*45821<br>12281**01*114025641*DA*0000007<br>021*20220425\ | 12,977.96 |






Date 4/29/22 Page 5
Primary Account 21
Enclosures 38

Business Preferred 21 (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 4/25 | ACH GTEL Genesis Network<br>CCD | 18,000.00 |
| 4/27 | ACH PAYABLES USACOPERATING<br>CCD GENEN | 5,912.00 |
| 4/27 | ACH PAYMENTS VONAGE AMERICA<br>CTX 14954<br>ST*820*000034258\<br>BPR*C*43786.86*C*ACH*CTX*01*02<br>1000021*DA*957083440*990834400<br>2**01*114025641*DA*0000007021*<br>20220426\ | 43,786.86 |
| 4/27 | Trsf from Genesis Operating<br>Verizon Payment<br>Confirmation number 427220035 | 784,480.95 |
| 4/27 | Remote Deposit | 25,936.43 |
| 4/29 | Wire Transfer Credit<br>NCR CANADA LTD-DISBURSEMENT AU<br>C/O RBC MAIN BR TORONTO TR 000<br>200 BAY STREET WEST<br>ZZ TORONTO ONCANADA<br>CREDIT SUISSE (SCHWEIZ) AG (MU<br>NK ARS AND EFT SERVICE)<br>UETLIBERGSTRASSE 231<br>ZURICH SWITZERLAND CH<br>PI112139A<br>20220429B1QGC03C017821<br>20220429MMQFMPPI000104<br>04291429FT03 | 767.93 |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 4/01 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 351.00- |
| 4/01 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 2,975.00- |
| 4/01 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 3,089.75- |
| 4/01 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 4,599.80- |
| 4/01 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 39,188.46- |



 

TEXAS PARTNERS BANK

| | |
|---|---|
| Date 4/29/22 | Page 6 |
| Primary Account | [redacted]21 |
| Enclosures | 38 |

Business Preferred [redacted]21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 4/04 | ACH ACH PMT AMEX EPAYMENT<br>TEL V0594 | 43,000.15- |
| 4/05 | ACH WEB PAY LEASE DIRECT<br>CCD 75566185 | 2,564.74- |
| 4/05 | ACH Loan Pymt Prosperity Bank<br>PPD 000000000000000<br>GENESIS NETWORK | 8,079.00- |
| 4/05 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA99444209 | 46,261.96- |
| 4/05 | Transf to Genesis Global Opera<br>04/01/2022 AT&T Deposit<br>Confirmation number 405220189 | 19,955.00- |
| 4/06 | Transf to Austin TeleServices<br>4/8 Payroll Transfer<br>Confirmation number 406220225 | 162,000.00- |
| 4/07 | ACH GRPW PREM UNITED<br>CCD 2204050475508 | 1,944.98- |
| 4/07 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 20,896.00- |
| 4/07 | ACH OBPPAYMT HEALTH CARE SERV<br>CCD 1419192173 | 21,971.64- |
| 4/07 | Transf to Genesis Global Opera<br>Higginbotham Cobra ck# 13817<br>Confirmation number 407220041 | 1,574.09- |
| 4/08 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 354.02- |
| 4/08 | ACH Cobra 2022GENESIS TELECOM<br>CCD OFFSET | 616.05- |
| 4/08 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 292,156.86- |
| 4/11 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA99618945 | 377.01- |
| 4/12 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA99658098 | 235,400.24- |
| 4/13 | Wire Transfer Debit<br>GENESIS NETWORKS TELECOM SERVI<br>322070381<br>80-03152231<br>1354 N Loop 1604 E. Suite 103<br>SAN<br>EW BK SMRINO<br>PASADENA, CA | 150.00- |



 

Date 4/29/22 Page 7
Primary Account ██21
Enclosures 38

Business Preferred ██21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | TO COVER OVERDRAFT AND MAINTEN<br>FEES TIL END OF YEAR<br>20220413MMQFMPPI000059<br>20220413L2B77Q1C002610<br>04131405FT03 | |
| 4/13 | Transf to Genesis Collection<br>FLEX SPENDING LIABILITY<br>Confirmation number 413220189 | 3,358.19- |
| 4/14 | Wire Transfer Debit<br>OUTSOURCING SERVICES INTERNATI<br>021000089<br>201127040<br>Edif Avante 4-2, Urb.Madrselva<br>Calle Llama Del Bosque Pte, Pj<br>Antiguo Cuscatlan, La Libertad<br>CITIBANK NYC<br>NEW YORK, NY<br>111 Wall Street New York NY 10<br>Invoice No.20SD000X067<br>Austin Tele Services Partners<br>DBA Genesis Networks<br>20220414MMQFMPPI000144<br>20220414B1Q8021R042009<br>04141634FT03 | 35,825.80- |
| 4/14 | Wire Transfer Debit<br>PROPLE BPO INC.<br>121000248<br>5440042033<br>23rd Floor, Robinsons Cybergat<br>Tower 3, Pioneer Street<br>Mandaluyong City 1550<br>WELLS FARGO NA<br>SAN FRANCISCO, CA<br>Payment for Invoices 22357 & 2<br>20220414MMQFMPPI000146<br>20220414I1B7033R023643<br>04141634FT03 | 50,417.11- |
| 4/14 | ACH TXN DHL EXPRESS<br>WEB 151392484 | 44.75- |
| 4/15 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 13,677.61- |
| 4/15 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 77,556.07- |



 

| | | | |
|---|---|---|---|
| Date 4/29/22 | | Page | 8 |
| Primary Account | | | 21 |
| Enclosures | | | 38 |

Business Preferred 21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 4/15 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 90,904.93- |
| 4/15 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 115.961.12- |
| 4/18 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 6,108.29- |
| 4/18 | ACH INTERNET SUNBELT RENTALS<br>WEB 043000096700874 | 11.267.51- |
| 4/18 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 53,945.84- |
| 4/19 | ACH TXN DHL EXPRESS<br>WEB 151395870 | 59.94- |
| 4/19 | ACH TXN DHL EXPRESS<br>WEB 151395866 | 72.15- |
| 4/19 | ACH TXN DHL EXPRESS<br>WEB 151395865 | 140.74- |
| 4/19 | ACH TXN DHL EXPRESS<br>WEB 151395869 | 146.90- |
| 4/19 | ACH TXN DHL EXPRESS<br>WEB 151395867 | 328.29- |
| 4/19 | ACH TXN DHL EXPRESS<br>WEB 151395868 | 330.92- |
| 4/19 | Transf to Genesis Operating<br>HSA FUNDING 04/13-04/14/2022<br>Confirmation number 419220043 | 60.00- |
| 4/20 | ACH SALE INTELIFI INC<br>CCD | 84.85- |
| 4/20 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 907.67- |
| 4/20 | ACH 526623-701CITY OF MARIETTA<br>PPD 770-794-5152<br>SELECTRON USER (NO FIR | 2,150.80- |
| 4/20 | ACH NTCLBIIVRCTHE HARTFORD<br>CCD 15850157 | 7.956.56- |
| 4/20 | Transf to Austin TeleServices<br>4/22 Payroll Transfer<br>Confirmation number 420220211 | 150,000.00- |
| 4/21 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA99910198 | 222.17- |
| 4/21 | ACH CABLE COMCAST<br>TEL 9728641 | 393.38- |
| 4/21 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA99910696 | 62.054.82- |



 

Date 4/29/22 Page 9
Primary Account [redacted]21
Enclosures 38

Business Preferred [redacted]21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 4/22 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 1,545.72- |
| 4/22 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 17,439.37- |
| 4/26 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 33,350.00- |
| 4/27 | Wire Transfer Debit<br>OUTSOURCING SERVICES INTERNATI<br>021000089<br>201127040<br>Edif Avante 4-2. Urb.Madrselva<br>Calle Llama Del Bosque Pte. Pi<br>Antiguo Cuscatlan. La Libertad<br>CITIBANK NYC<br>NEW YORK. NY<br>111 Wall Street New York NY 10<br>Invoice No.20SD000X491<br>Austin Tele Services Partners<br>DBA Genesis Networks<br>20220427MMQFMPPI000107<br>20220427B1Q8021R045388<br>04271741FT03 | 13,971.87- |
| 4/27 | Wire Transfer Debit<br>PROPLE BPO INC.<br>121000248<br>5440042033<br>23rd Floor, Robinsons Cybergat<br>Tower 3, Pioneer Street<br>Mandaluyong City 1550<br>WELLS FARGO NA<br>SAN FRANCISCO, CA<br>Payment for Invoice 22275<br>20220427MMQFMPPI000103<br>20220427I1B7032R024831<br>04271740FT03 | 18,510.16- |
| 4/27 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA90064600 | 106.60- |
| 4/27 | Transf to Genesis Global Opera<br>AUSWIN CONSULTING (UFS)<br>Confirmation number 427220189 | 10,000.00- |
| 4/27 | Transf to Genesis Global Opera<br>Higginbotham Cobra ck# 14906 | 631.24- |



 

Date 4/29/22 Page 10
Primary Account ██21
Enclosures 38

Business Preferred ██21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | Confirmation number 427220194 | |
| 4/27 | Transf to Genesis Global Opera<br>Higginbotham Cobra ck# 14283<br>Confirmation number 427220277 | 631.24- |
| 4/28 | Wire Transfer Debit<br>WEWORK<br>121000248<br>40630155109551854<br>801 B SPRINGS<br>WELLS FARGO NA<br>SAN FRANCISCO, CA<br>PAYMENT FOR INVOICE 3739196095<br>20220428MMQFMPPI000025<br>20220428I1B7032R011169<br>04281112FT03 | 8,650.00- |
| 4/29 | Wire Transfer Debit<br>JAIME CRUZ<br>026002561<br>109422487447<br>84 BANAAG STREET PINEDA<br>PASIG 1603<br>STANDARD CHART<br>NEW YORK, NY<br>PAYMENT FOR 04/04/22-04/15/22<br>20220429MMQFMPPI000167<br>20220429B1Q9281C008383<br>04291537FT03 | 1,211.70- |
| 4/29 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 663.00- |
| 4/29 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 7,071.75- |
| 4/29 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 7,752.50- |
| 4/29 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 55,639.90- |
| 4/29 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 63,459.43- |
| 4/29 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 92,272.79- |
| 4/29 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 398,105.77- |



 

| | |
|---|---|
| Date 4/29/22 | Page 11 |
| Primary Account | ■21 |
| Enclosures | 38 |

Business Preferred ■21 (Continued)

PAID CHECK

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 4/05 | 53477 | 109.98 | 4/15 | 53565 | 433.00 |
| 4/06 | 53542* | 34.93 | 4/25 | 53566 | 6,718.00 |
| 4/13 | 53545* | 1,089.15 | 4/11 | 53567 | 145.90 |
| 4/14 | 53546 | 3,611.00 | 4/18 | 53568 | 102.00 |
| 4/05 | 53547 | 4,587.39 | 4/08 | 53569 | 313.06 |
| 4/01 | 53548 | 1,642.65 | 4/29 | 53570 | 200.43 |
| 4/05 | 53549 | 95.00 | 4/27 | 53572* | 2,320.70 |
| 4/04 | 53551* | 5,408.00 | 4/26 | 53573 | 2,018.60 |
| 4/07 | 53552 | 66.00 | 4/26 | 53574 | 2,210.76 |
| 4/06 | 53553 | 348.00 | 4/26 | 53575 | 72.25 |
| 4/25 | 53554 | 4,139.86 | 4/26 | 53577* | 3,869.46 |
| 4/01 | 53555 | 477.15 | 4/28 | 53578 | 214.87 |
| 4/11 | 53556 | 35,000.00 | 4/25 | 53579 | 719.46 |
| 4/14 | 53557 | 1,514.75 | 4/28 | 53580 | 50.00 |
| 4/08 | 53558 | 320.00 | 4/26 | 53582* | 4,398.69 |
| 4/11 | 53561* | 485.20 | 4/29 | 53583 | 135.31 |
| 4/11 | 53562 | 479.10 | 4/26 | 53586* | 1,392.50 |
| 4/08 | 53563 | 1,493.25 | 4/29 | 53588* | 588.04 |
| 4/06 | 53564 | 283.00 | 4/28 | 53591* | 2,396.90 |

* Indicates Break In Check Number Sequence

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/01 | 416,575.52 | 4/12 | 623,415.24 | 4/21 | 429,792.74 |
| 4/04 | 1,180,777.72 | 4/13 | 953,876.26 | 4/22 | 464,772.35 |
| 4/05 | 1,099,124.65 | 4/14 | 929,597.73 | 4/25 | 484,172.99 |
| 4/06 | 1,074,915.08 | 4/15 | 648,350.91 | 4/26 | 436,860.73 |
| 4/07 | 1,028,462.37 | 4/18 | 583,938.24 | 4/27 | 1,250,805.16 |
| 4/08 | 800,362.08 | 4/19 | 592,910.28 | 4/28 | 1,239,493.39 |
| 4/11 | 826,190.32 | 4/20 | 432,385.90 | 4/29 | 613,160.70 |

## END OF STATEMENT



Primary Account: ██21

Check 53477 Amount $109.98 Date 4/5/2022

Check 53477 Back

Check 53542 Amount $34.93 Date 4/6/2022

Check 53542 Back

Check 53545 Amount $1,089.15 Date 4/13/2022

Check 53545 Back

Check 53546 Amount $3,611.00 Date 4/14/2022

Check 53546 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]21

Check 53547 Amount $4,587.39 Date 4/5/2022

Check 53547 Back

Check 53548 Amount $1,642.65 Date 4/1/2022

Check 53548 Back

Check 53549 Amount $95.00 Date 4/5/2022

Check 53549 Back

Check 53551 Amount $5,408.00 Date 4/4/2022

Check 53551 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]1

Check 53552 Amount $66.00 Date 4/7/2022

Check 53552 Back

Check 53553 Amount $348.00 Date 4/6/2022

Check 53553 Back

Check 53554 Amount $4,139.86 Date 4/25/2022

Check 53554 Back

Check 53555 Amount $477.15 Date 4/1/2022

Check 53555 Back





Primary Account: ▇21

Check 53556 Amount $35,000.00 Date 4/11/2022

Check 53556 Back

Check 53557 Back

Check 53557 Amount $1,514.75 Date 4/14/2022

Check 53558 Back

Check 53558 Amount $320.00 Date 4/8/2022

Check 53561 Amount $485.20 Date 4/11/2022

Check 53561 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]1

Check 53562 Amount $479.10 Date 4/11/2022

Check 53562 Back

Check 53563 Amount $1,493.25 Date 4/8/2022

Check 53563 Back

Check 53564 Amount $283.00 Date 4/6/2022

Check 53564 Back

Check 53565 Amount $433.00 Date 4/15/2022

Check 53565 Back



Primary Account: ██21

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053566
DATE AMOUNT
Pay Six Thousand Seven Hundred Eighteen Dollars and 00 Cents
Mar 31, 2022 $6,718.00
VOID AFTER 90 DAYS
to the Order of:
Alias Chowdhury
1463 Midland Ave
Scarborough, ON M1P0J3
AUTHORIZED SIGNATURE
⑈053566⑈ ⑆114025641⑆ ██████

Check 53566 Amount $6,718.00 Date 4/25/2022

ENDORSE HERE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

Check 53566 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053567
DATE AMOUNT
Pay One Hundred Forty Five Dollars and 90 Cents
Mar 31, 2022 $145.90
VOID AFTER 90 DAYS
to the Order of:
KINGDOM NETWORKS LLC
72 MAPLE LN
SHELTON, CT 06484
AUTHORIZED SIGNATURE
⑈053567⑈ ⑆114025641⑆ ██████

Check 53567 Amount $145.90 Date 4/11/2022

Pay to the order of
Newtown Savings
Kingdom Networks
CHECK HERE ... VOTE DEPOSIT

Check 53567 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053568
DATE AMOUNT
Pay One Hundred Two Dollars and 00 Cents
Mar 31, 2022 $102.00
VOID AFTER 90 DAYS
to the Order of
JASON WALKER
2047 BUENA VISTA
LOS FRESNOS, TX 78566
AUTHORIZED SIGNATURE
⑈053568⑈ ⑆114025641⑆ ██████

Check 53568 Amount $102.00 Date 4/18/2022

Check 53568 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053569
DATE AMOUNT
Pay Three Hundred Thirteen Dollars and 06 Cents
Mar 31, 2022 $313.06
VOID AFTER 90 DAYS
to the Order of:
JOHN GERALDS
5008 ORMAND RD
DAYTON, OH 45449-2745
AUTHORIZED SIGNATURE
⑈053569⑈ ⑆114025641⑆ ██████

Check 53569 Amount $313.06 Date 4/8/2022

For Deposit Only - JPMC
ENDORSE HERE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Check 53569 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]21

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053570
DATE AMOUNT
Pay Two Hundred Dollars and 43 Cents Apr 14, 2022 $200.43
VOID AFTER 90 DAYS
to the Order of
ADT COMMERCIAL
PO BOX 219044
KANSAS CITY, MO 64121-9044
AUTHORIZED SIGNATURE
⑈053570⑈ ⑆114025641⑆ [redacted]

Check 53570 Amount $200.43 Date 4/29/2022

Credited to the Account of the named Payee
042722 >101000695<

Check 53570 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053572
DATE AMOUNT
Pay Two Thousand Three Hundred Twenty Dollars and 70 Cents Apr 15, 2022 $2,320.70
VOID AFTER 90 DAYS
to the Order of:
AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019
AUTHORIZED SIGNATURE
⑈053572⑈ ⑆114025641⑆ [redacted]

Check 53572 Amount $2,320.70 Date 4/27/2022

Check 53572 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053573
DATE AMOUNT
Pay Two Thousand Eighteen Dollars and 60 Cents Apr 14, 2022 $2,018.60
VOID AFTER 90 DAYS
to the Order of
AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019
AUTHORIZED SIGNATURE
⑈053573⑈ ⑆114025641⑆ [redacted]

Check 53573 Amount $2,018.60 Date 4/26/2022

Check 53573 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053574
DATE AMOUNT
Pay Two Thousand Two Hundred Ten Dollars and 76 Cents Apr 15, 2022 $2,210.76
VOID AFTER 90 DAYS
to the Order of:
AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019
AUTHORIZED SIGNATURE
⑈053574⑈ ⑆114025641⑆ [redacted]

Check 53574 Amount $2,210.76 Date 4/26/2022

Check 53574 Back

Exhibit EXH G-9 - Bank Statements for Genesis Networks Telecom Services LLC Page 97 of 124
Date: 4/29/2022 Page: 19 of 21

TEXAS PARTNERS BANK

Primary Account: ██21

Check 53575 Amount $72.25 Date 4/26/2022

Check 53575 Back

Check 53577 Amount $3,869.46 Date 4/26/2022

Check 53577 Back

Check 53578 Amount $214.87 Date 4/28/2022

Check 53578 Back

Check 53579 Amount $719.46 Date 4/25/2022

Check 53579 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]21

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053580
DATE Apr 18, 2022 AMOUNT $50.00
Pay Fifty Dollars and 00 Cents
to the Order of: HIGGINBOTHAM COBRA SERVICES
PO BOX 1271
FORT WORTH, TX 76101
VOID AFTER 90 DAYS
AUTHORIZED SIGNATURE
⑈053580⑈ ⑆114025641⑆ [redacted]

Check 53580 Amount $50.00 Date 4/28/2022

For Deposit Only JPMC
FOR DEPOSIT ONLY
HIGGINBOTHAM INSURANCE
FBO ACCOUNT
721061884

Check 53580 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053582
DATE Apr 14, 2022 AMOUNT $4,398.69
Pay Four Thousand Three Hundred Ninety Eight Dollars and 69 Cents
to the Order of: NELSON ELECTRIC INC.
9623 STONE AVE N SUITE 201
SEATTLE, WA 98103
VOID AFTER 90 DAYS
AUTHORIZED SIGNATURE
⑈053582⑈ ⑆114025641⑆ [redacted]

Check 53582 Amount $4,398.69 Date 4/26/2022

Check 53582 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053583
DATE Apr 14, 2022 AMOUNT $135.31
Pay One Hundred Thirty Five Dollars and 31 Cents
to the Order of: ORKIN
PO BOX 740433
CINCINNATI, OH 45274-0433
VOID AFTER 90 DAYS
AUTHORIZED SIGNATURE
⑈053583⑈ ⑆114025641⑆ [redacted]

Check 53583 Amount $135.31 Date 4/29/2022

Check 53583 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053586
DATE Apr 14, 2022 AMOUNT $1,392.50
Pay One Thousand Three Hundred Ninety Two Dollars and 50 Cents
to the Order of: MULLEN COUGHLIN LLC
426 W LANCASTER AVE, SUITE 200
DEVON, PA 19333
VOID AFTER 90 DAYS
AUTHORIZED SIGNATURE
⑈053586⑈ ⑆114025641⑆ [redacted]

Check 53586 Amount $1,392.50 Date 4/26/2022

Check 53586 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]21

Check 53588 Amount $588.04 Date 4/29/2022

Check 53588 Back

Check 53591 Amount $2,396.90 Date 4/28/2022

Check 53591 Back



1900 NW Loop 410
San Antonio, Texas 78213
(210)807-5500
texaspartners.bank

1339386
GENESIS NETWORKS TELECOM SERVICES, LLC
(OPERATING ACCOUNT)
1354 N LOOP 1604 E
SUITE 103
SAN ANTONIO TX 78232

Date 5/31/22 Page 1
Primary Account ■21
Enclosures 56

**Business Preferred**

| | |
|---|---|
| Account Number | ■21 |
| Previous Balance | 613,160.70 |
| 34 Deposits/Credits | 2,819,133.76 |
| 115 Checks/Debits | 2,895,674.42 |
| Service Charge | .00 |
| Interest Paid | .00 |
| Ending Balance | 536,620.04 |

| | |
|---|---|
| **Number of Enclosures** | 56 |
| Statement Dates | 5/02/22 thru 5/31/22 |
| Days in the statement period | 30 |
| Average Ledger | 739,734.93 |
| Average Collected | 730,147.29 |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/04 | ACH GTEL 0503 Genesis Network CCD | 1,295.25 |
| 5/04 | Remote Deposit | 17,884.53 |
| 5/04 | Remote Deposit | 42,812.18 |
| 5/05 | ACH PAYMENTS NCR US CTX 8454012765 ST*820*000016984\ BPR*C*76426.01*C*ACH*CTX*01*02 1000021*DA*9102752228*97522280 01**01*114025641**0000007021*2 0220505\ | 76,426.01 |
| 5/06 | ACH CCDPSAPPYMACN COMMUNICATIO CCD EFT ■21 | 404.50 |
| 5/06 | ACH PAYABLES USACOPERATING CCD GENEN | 5,912.00 |
| 5/06 | ACH GTEL 0504 Genesis Network CCD | 59,035.97 |
| 5/09 | ACH Gtel 0506 Genesis Network CCD | 2,050.00 |

OUTSTANDING CHECKS

RECONCILIATION INSTRUCTIONS

**Reconciliation of Account**

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total of Checks not paid | |

Date ______________

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| TOTAL | |
| Subtract total of checks not paid | |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE ➡ | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Account Statement**
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at Texas Partners Bank, Attn: Deposit Operations, 1900 NW Loop 410, San Antonio, TX 78213 as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at 800-815-0782 or Texas Partners Bank, Attn: Deposit Operations, 1900 NW Loop 410, San Antonio, TX 78213. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

**(this applies to consumer accounts only)**



 

TEXAS PARTNERS BANK

EQUAL HOUSING LENDER

FDIC

| | |
|---|---|
| Date 5/31/22 | Page 2 |
| Primary Account | [redacted]21 |
| Enclosures | 56 |

Business Preferred [redacted]21 (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/09 | ACH CORP PAY SHOPPERTRAK RCT<br>CCD GENESIS | 132,041.79 |
| 5/09 | Trsf from Genesis Operating<br>Verizon Payment<br>Confirmation number 509220237 | 744.442.06 |
| 5/10 | ACH Payment Ooma Inc Payable<br>CCD Genesis Network | 334.00 |
| 5/11 | Remote Deposit | 909.20 |
| 5/12 | ACH PAYMENTS VONAGE AMERICA<br>CTX 15187<br>ST*820*000034333\<br>BPR*C*45464.41*C*ACH*CTX*01*02<br>1000021*DA*957083440*990834400<br>2**01*114025641*DA*[redacted]*<br>20220511\ | 45,464.41 |
| 5/13 | Wire Transfer Credit<br>NCR CANADA LTD-DISBURSEMENT AU<br>C/O RBC MAIN BR TORONTO TR 000<br>200 BAY STREET WEST<br>ZZ TORONTO ONCANADA<br>CREDIT SUISSE (SCHWEIZ) AG (MU<br>NK ARS AND EFT SERVICE)<br>UETLIBERGSTRASSE 231<br>ZURICH SWITZERLAND CH<br>PI112204<br>20220513B1QGC07C004536<br>20220513MMQFMPPI000013<br>05130831FT03 | 895.59 |
| 5/13 | Wire Transfer Credit<br>NCR CANADA LTD-DISBURSEMENT AU<br>C/O RBC MAIN BR TORONTO TR 000<br>200 BAY STREET WEST<br>ZZ TORONTO ONCANADA<br>CREDIT SUISSE (SCHWEIZ) AG (MU<br>NK ARS AND EFT SERVICE)<br>UETLIBERGSTRASSE 231<br>ZURICH SWITZERLAND CH<br>PI112203PI112201PI112199PI1122<br>20220513B1QGC08C007738<br>20220513MMQFMPPI000012<br>05130831FT03 | 944.63 |
| 5/13 | ACH PAYABLES GENESIS GLOBAL<br>CCD AUSTIN01 | 2.999.74 |



Date 5/31/22 Page 3
Primary Account ██21
Enclosures 56

Business Preferred ██21 (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 5/13 | Trsf from Genesis Operating Verizon Payment Confirmation number 513220048 | 322,793.57 |
| 5/17 | QUICK TECH LLC SUBFE12944 114025640001746 Account Closed | 100.00 |
| 5/17 | Trsf from Genesis Operating Verizon Payment Confirmation number 517220061 | 778,305.57 |
| 5/18 | Remote Deposit | 55,544.17 |
| 5/19 | Wire Transfer Credit CONSCIA DANMARK A/S KIRKEBJERG PARKVEJ 9 2 DK-2605 BRONDBY CONSCIA DANMARK A/S F PI112728 2729 20220519B1QGC04C001071 20220519MMQFMPPI000007 05190800FT03 | 40,481.50 |
| 5/20 | Trsf from Genesis Operating Verizon Payment Confirmation number 520220064 | 196.43 |
| 5/23 | Trsf from Genesis Operating Texas Recovery Systems Confirmation number 523220230 | 7,385.99 |
| 5/24 | Trsf from Genesis Operating FedEx Confirmation number 524220078 | 5.55 |
| 5/24 | Trsf from Genesis Operating FedEx Confirmation number 524220080 | 2.06 |
| 5/25 | Remote Deposit | 711.54 |
| 5/25 | Remote Deposit | 1,812.58 |
| 5/27 | ACH PAYABLES 460 TECH LLC CCD GENESI03 | 2.59 |
| 5/27 | ACH PAYABLES TELESPACE LLC PPD AUSTIN01 GENESIS NETWORKS TELEC | 406.65 |
| 5/27 | ACH CCDPSAPPYMACN COMMUNICATIO CCD EFT ██21 | 982.13 |
| 5/27 | Trsf from Genesis Operating Verizon Payment | 307,690.25 |



 

TEXAS PARTNERS BANK

EQUAL HOUSING LENDER

FDIC

| | | | |
|---|---|---|---|
| Date | 5/31/22 | Page | 4 |
| Primary Account | | | [redacted]21 |
| Enclosures | | | 56 |

Business Preferred [redacted]21 (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| | Confirmation number 527220094 | |
| 5/31 | Wire Transfer Credit<br>CONSCIA DANMARK A/S<br>KIRKEBJERG PARKVEJ 9 2<br>DK-2605 BRONDBY<br>INVOICE PI112731 - CONSCIA DAN<br>20220531B1QGC05C003274<br>20220531MMQFMPPI000019<br>05310800FT03 | 906.06 |
| 5/31 | Remote Deposit | 5,780.52 |
| 5/31 | Remote Deposit | 162,174.74 |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 5/02 | ACH Cobra14283GENESIS TELECOM<br>CCD OFFSET | 616.05- |
| 5/02 | ACH ACH PMT AMEX EPAYMENT<br>CCD COP000005106444 | 22,572.04- |
| 5/02 | ACH ACH PMT AMEX EPAYMENT<br>CCD COP000005106450 | 127,109.15- |
| 5/03 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA90220790 | 36.30- |
| 5/03 | ACH CABLE COMCAST<br>TEL 5166597 | 401.32- |
| 5/03 | ACH GRPW PREM UNITED<br>CCD 2204280499754 | 1,373.11- |
| 5/03 | ACH SPECTRUM SPECTRUM<br>TEL 4951921 | 2,221.40- |
| 5/03 | ACH INTERNET SUNBELT RENTALS<br>WEB 043000093955938 | 5,808.88- |
| 5/03 | ACH DEBIT FEDERAL EXPRESS<br>CCD EPA90219250 | 78,996.49- |
| 5/04 | ACH TXN DHL EXPRESS<br>WEB 151411898 | 128.31- |
| 5/04 | ACH TXN DHL EXPRESS<br>WEB 151411899 | 162.82- |
| 5/04 | ACH FIRSTECH GFL ENV.<br>TEL FTWEB51801204 | 796.30- |
| 5/04 | ACH Loan Pymt Prosperity Bank<br>PPD 000000000000000<br>GENESIS NETWORK | 8,099.76- |
| 5/05 | Transf to Austin TeleServices<br>05/06 Payroll Transfer | 150,000.00- |



 

TEXAS PARTNERS BANK

EQUAL HOUSING LENDER FDIC

Date 5/31/22 Page 5
Primary Account [redacted]21
Enclosures 56

Business Preferred [redacted]21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | Confirmation number 505220114 | |
| 5/06 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 2,841.43- |
| 5/06 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 3,541.36- |
| 5/06 | Transf to Connected Justice<br>Lease Direct Web Pay<br>Confirmation number 506220104 | 2,690.70- |
| 5/06 | Transf to Connected Justice<br>Spectrum<br>Confirmation number 506220105 | 1,014.28- |
| 5/12 | Wire Transfer Debit<br>JAIME CRUZ<br>[redacted]<br>109422487447<br>131-133 SHAW BLVD<br>BRGY ORANBO PASIG CITY 1600<br>STANDARD CHART<br>NEW YORK, NY<br>PAYMENT FOR 04/18/22-04/22-22<br>PAYMENT FOR 04/25/22-04/29/22<br>20220512MMQFMPPI000103<br>20220512B1Q9281C006089<br>05121558FT03 | 1,442.40- |
| 5/13 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 3,770.07- |
| 5/13 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 5,218.76- |
| 5/13 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 36,377.23- |
| 5/13 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET<br>GENESIS TELECOM | 102,271.30- |
| 5/13 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 661,049.72- |
| 5/17 | Wire Transfer Debit<br>RAPID LOGISTICS BV<br>121000248<br>NL84ABNA0430827555<br>INCHEONWEG 7 1437 EK ROZENBURG<br>WELLS FARGO NA | 845.52- |



 

Date 5/31/22 Page 6
Primary Account ■21
Enclosures 56

Business Preferred ■■21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | SAN FRANCISCO, CA<br>2132DA HOOFDDORP<br>THE NETHERLANDS<br>PAYMENT FOR INVOICE<br>AUSTELAUS 00104419<br>20220517MMQFMPPI000051<br>20220517I1B7032R011588<br>05171311FT03 | |
| 5/17 | Wire Transfer Debit<br>801 B. SPRINGS TENANT LLC WEWO<br>121000248<br>40630155109551854<br>801 B SPRINGS<br>WELLS FARGO NA<br>SAN FRANCISCO, CA<br>ENDEAVOR MANAGED SERVICES INC<br>INVOICE 1490849267 MAY 2022<br>20220517MMQFMPPI000053<br>20220517I1B7033R011721<br>05171312FT03 | 2,941.00- |
| 5/17 | Wire Transfer Debit<br>PROPLE BPO INC.<br>121000248<br>5440042033<br>23rd Floor, Robinsons Cybergat<br>Tower 3, Pioneer Street<br>Mandaluyong City 1550<br>WELLS FARGO NA<br>SAN FRANCISCO, CA<br>Payment for Invoice 22699<br>20220517MMQFMPPI000050<br>20220517I1B7033R011687<br>05171311FT03 | 34,547.86- |
| 5/18 | ACH ACH PMT AMEX EPAYMENT<br>CCD COP000005125850 | 9,108.23- |
| 5/18 | ACH ACH PMT AMEX EPAYMENT<br>CCD COP000005125858 | 51,930.90- |
| 5/18 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 58,577.06- |
| 5/18 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 351,800.62- |
| 5/19 | ACH SALE INTELIFI INC<br>CCD | 297.65- |



 

Date 5/31/22 Page 7
Primary Account 21
Enclosures 56

Business Preferred 21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 5/19 | ACH GRPW PREM UNITED CCD 2205170525754 | 778.07- |
| 5/19 | ACH SPECTRUM SPECTRUM TEL 1151393 | 1.014.28- |
| 5/19 | ACH GRPW PREM UNITED CCD 2205170525752 | 1,987.05- |
| 5/19 | ACH SPECTRUM SPECTRUM TEL 1179293 | 2.221.18- |
| 5/19 | ACH INTERNET SUNBELT RENTALS WEB 043000096413496 | 9,896.26- |
| 5/19 | ACH OBPPAYMT HEALTH CARE SERV CCD 4442986227 | 21.625.02- |
| 5/19 | Transf to Austin TeleServices 5/20 Payroll Transfer Confirmation number 519220006 | 185,000.00- |
| 5/20 | ACH DEBIT FEDERAL EXPRESS CCD EPA90671825 | 20.81- |
| 5/20 | ACH TXN DHL EXPRESS WEB 151430058 | 27.77- |
| 5/20 | ACH TXN DHL EXPRESS WEB 151430057 | 44.75- |
| 5/20 | ACH PAYABLES GENESIS TELECOM PPD OFFSET GENESIS TELECOM | 100.00- |
| 5/20 | ACH PAYABLES GENESIS TELECOM PPD OFFSET GENESIS TELECOM | 1.147.34- |
| 5/20 | ACH PAYABLES GENESIS TELECOM PPD OFFSET GENESIS TELECOM | 12,263.24- |
| 5/20 | ACH DEBIT FEDERAL EXPRESS CCD EPA90672356 | 155.374.49- |
| 5/23 | ACH GA TX PYMTGEORGIA ITS TAX CCD 428782608 | 11,034.39- |
| 5/25 | ACH TAXPAYMENTCO DEPT REVENUE CCD 95371618004LIC | 66.00- |
| 5/26 | Wire Transfer Debit JAIME CRUZ [redacted] 109422487447 131-133 SHAW BLVD BRGY ORANBO PASIG CITY 1600 | 1,406.25- |







Date 5/31/22 Page 8
Primary Account ■21
Enclosures 56

Business Preferred ■21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | STANDARD CHART<br>NEW YORK, NY<br>PAYMNET FOR 05/02/22-05/06/22<br>PAYMENT FOR 05/09/22-05/13/22<br>20220526MMQFMPPI000117<br>20220526B1Q9281C007185<br>05261636FT03 | |
| 5/26 | Wire Transfer Debit<br>DAVID CATALAN<br>121000248<br>008334045553<br>■ BF<br>LAS PINAS CITY 1740 METRO MANI<br>PHILIPPINES<br>WELLS FARGO NA<br>SAN FRANCISCO, CA<br>PAYMENT FOR INVOICES<br>DC-20220002 & EXPENSE 04/07-05<br>20220526MMQFMPPI000116<br>20220526I1B7032R022803<br>05261636FT03 | 3,133.69- |
| 5/26 | Wire Transfer Debit<br>OUTSOURCING SERVICES INTERNATI<br>021000089<br>201127040<br>Edif Avante 4-2, Urb.Madrselva<br>Calle Llama Del Bosque Pte, Pj<br>Antiguo Cuscatlan, La Libertad<br>CITIBANK NYC<br>NEW YORK, NY<br>111 Wall Street New York NY 10<br>Invoice No.20SD000X104<br>Austin Tele Services Partners<br>DBA Genesis Networks<br>20220526MMQFMPPI000118<br>20220526B1Q8021R040142<br>05261636FT03 | 32,188.11- |
| 5/26 | Transf to Genesis Global Opera<br>Higginbotham Cobra ck# 15106<br>Confirmation number 526220063 | 631.24- |
| 5/27 | ACH PAYABLES GENESIS TELECOM<br>CCD OFFSET | 2,320.70- |
| 5/27 | ACH PAYABLES GENESIS TELECOM<br>PPD OFFSET | 3,630.00- |



 

Date 5/31/22 Page 9
Primary Account ■21
Enclosures 56

Business Preferred ■21 (Continued)

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | GENESIS TELECOM | |
| 5/27 | ACH PAYABLES GENESIS TELECOM PPD OFFSET GENESIS TELECOM | 36.823.89- |
| 5/27 | ACH PAYABLES GENESIS TELECOM CCD OFFSET | 42,430.15- |
| 5/27 | ACH PAYABLES GENESIS TELECOM CCD OFFSET | 168.611.90- |
| 5/27 | ACH PAYABLES GENESIS TELECOM CCD OFFSET | 367,556.05- |
| 5/31 | ACH BONUS GENESIS TELECOM PPD OFFSET GENESIS TELECOM | 50.000.00- |

## PAID CHECK

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 5/05 | 53423 | 182.50 | 5/26 | 53612* | 101.50 |
| 5/03 | 53467* | 582.50 | 5/09 | 53613 | 284.50 |
| 5/03 | 53560* | 107.35 | 5/17 | 53614 | 154.00 |
| 5/03 | 53571* | 1,550.00 | 5/12 | 53615 | 532.62 |
| 5/06 | 53576* | 496.00 | 5/11 | 53616 | 250.79 |
| 5/02 | 53581* | 100.00 | 5/06 | 53617 | 341.25 |
| 5/04 | 53584* | 85.00 | 5/12 | 53618 | 52.00 |
| 5/03 | 53585 | 9.63 | 5/09 | 53619 | 627.50 |
| 5/05 | 53589* | 1.874.17 | 5/09 | 53620 | 282.00 |
| 5/17 | 53592* | 2,680.50 | 5/13 | 53621 | 637.05 |
| 5/02 | 53593 | 893.60 | 5/09 | 53622 | 85.00 |
| 5/04 | 53594 | 295.89 | 5/20 | 53623 | 812.65 |
| 5/02 | 53595 | 332.86 | 5/27 | 53626* | 444.90 |
| 5/02 | 53596 | 268.50 | 5/27 | 53627 | 266.58 |
| 5/02 | 53597 | 961.53 | 5/19 | 53629* | 562.50 |
| 5/10 | 53598 | 903.04 | 5/24 | 53632* | 1,253.20 |
| 5/09 | 53599 | 2.415.69 | 5/17 | 53633 | 6.250.00 |
| 5/04 | 53600 | 400.86 | 5/19 | 53634 | 867.85 |
| 5/05 | 53601 | 1.550.00 | 5/26 | 53648* | 340.00 |
| 5/05 | 53602 | 2,018.60 | 5/27 | 53650* | 7,005.24 |
| 5/05 | 53603 | 2.605.74 | 5/26 | 53651 | 51.50 |
| 5/05 | 53604 | 71.69 | 5/23 | 53653* | 2,953.65 |
| 5/04 | 53605 | 868.63 | 5/25 | 53654 | 3.614.96 |
| 5/04 | 53606 | 270.66 | 5/26 | 53655 | 2,355.53 |
| 5/10 | 53607 | 437.50 | 5/26 | 53656 | 1.316.86 |
| 5/10 | 53608 | 10.65 | 5/25 | 53657 | 1,272.00 |
| 5/09 | 53610* | 440.00 | 5/26 | 53658 | 108.26 |

* Indicates Break In Check Number Sequence



TEXAS
PARTNERS BANK

EQUAL HOUSING
LENDER

FDIC

| | |
|---|---|
| Date 5/31/22 | Page 10 |
| Primary Account | 21 |
| Enclosures | 56 |

Business Preferred 21 (Continued)

PAID CHECK

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 5/31 | 53671* | 500.00 | 5/31 | 53676* | 16.79 |

* Indicates Break In Check Number Sequence

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/02 | 460,306.97 | 5/11 | 1,266,694.86 | 5/23 | 783,590.67 |
| 5/03 | 369,219.99 | 5/12 | 1,310,132.25 | 5/24 | 782,345.08 |
| 5/04 | 420,103.72 | 5/13 | 828,441.65 | 5/25 | 779,916.24 |
| 5/05 | 338,227.03 | 5/17 | 1,559,428.34 | 5/26 | 738,283.30 |
| 5/06 | 392,654.48 | 5/18 | 1,143,555.70 | 5/27 | 418,275.51 |
| 5/09 | 1,267,053.64 | 5/19 | 959,787.34 | 5/31 | 536,620.04 |
| 5/10 | 1,266,036.45 | 5/20 | 790,192.72 | | |

## END OF STATEMENT

Case 24-33835-mvl7    Doc 141-2    Filed 02/03/25    Entered 02/03/25 17:46:43    Desc
Exhibit EXH G-9 - Bank Statements for Genesis Networks Telecom Services    LLC    Page 111 of 124
Date: 5/31/2022    Page: 11 of 24

Primary Account: ██21

TEXAS
PARTNERS BANK



Check 53423 Amount $182.50 Date 5/4/2022



Check 53423 Back



Check 53467 Amount $582.50 Date 5/3/2022



Check 53467 Back



Check 53560 Amount $107.35 Date 5/3/2022



Check 53560 Back

Check 53571 Amount $1,550.00 Date 5/3/2022

Check 53571 Back

TEXAS PARTNERS BANK

Primary Account: ■■21

Check 53576 Amount $496.00 Date 5/6/2022

Check 53576 Back

Check 53581 Amount $100.00 Date 5/2/2022

Check 53581 Back

Check 53584 Amount $85.00 Date 5/4/2022

Check 53584 Back

Check 53585 Amount $9.63 Date 5/3/2022

Check 53585 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]21

Check 53589 Amount $1,874.17 Date 5/5/2022

Check 53589 Back

Check 53592 Amount $2,680.50 Date 5/17/2022

Check 53592 Back

Check 53593 Amount $893.60 Date 5/2/2022

Check 53593 Back

Check 53594 Amount $295.89 Date 5/4/2022

Check 53594 Back



Primary Account: ●●21

Check 53595 Amount $332.86 Date 5/2/2022

Check 53595 Back

Check 53596 Amount $268.50 Date 5/2/2022

Check 53596 Back

Check 53597 Amount $961.53 Date 5/2/2022

Check 53597 Back

Check 53598 Amount $903.04 Date 5/10/2022

Check 53598 Back

Primary Account: ██21

Check 53599 Amount $2,415.69 Date 5/9/2022

Check 53599 Back

Check 53600 Amount $400.86 Date 5/4/2022

Check 53600 Back

Check 53601 Amount $1,550.00 Date 5/5/2022

Check 53601 Back

Check 53602 Amount $2,018.60 Date 5/5/2022

Check 53602 Back

TEXAS PARTNERS BANK

Primary Account: ■■21

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053603

DATE Apr 29, 2022 AMOUNT $2,605.74

Pay Two Thousand Six Hundred Five Dollars and 74 Cents

VOID AFTER 90 DAYS

to the Order of:
AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019

AUTHORIZED SIGNATURE

⑈053603⑈ ⑆114025641⑆ ■■■■

Check 53603 Amount $2,605.74 Date 5/5/2022

Check 53603 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053604

DATE Apr 29, 2022 AMOUNT $71.69

Pay Seventy One Dollars and 69 Cents

VOID AFTER 90 DAYS

to the Order of:
AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019

AUTHORIZED SIGNATURE

⑈053604⑈ ⑆114025641⑆ ■■■■

Check 53604 Amount $71.69 Date 5/5/2022

Check 53604 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053605

DATE Apr 29, 2022 AMOUNT $868.63

Pay Eight Hundred Sixty Eight Dollars and 63 Cents

VOID AFTER 90 DAYS

to the Order of:
GRAYBAR ELECTRIC COMPANY INC
PO BOX 840458
DALLAS, TX 75284-0458

AUTHORIZED SIGNATURE

⑈053605⑈ ⑆114025641⑆ ■■■■

Check 53605 Amount $868.63 Date 5/4/2022

Check 53605 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053606

DATE Apr 29, 2022 AMOUNT $270.66

Pay Two Hundred Seventy Dollars and 66 Cents

VOID AFTER 90 DAYS

to the Order of:
SHRED-IT
28883 NETWORK PLACE
CHICAGO, IL 60673-1288

AUTHORIZED SIGNATURE

⑈053606⑈ ⑆114025641⑆ ■■■■ /0000027066/

Check 53606 Amount $270.66 Date 5/4/2022

ENDORSE HERE
JPMORGANCHASE BK NR FOR TO BND

Check 53606 Back



Primary Account: ■■21

Check 53607 Amount $437.50 Date 5/10/2022

Check 53607 Back

Check 53608 Amount $10.65 Date 5/10/2022

Check 53608 Back

Check 53610 Amount $440.00 Date 5/9/2022

Check 53610 Back

Check 53612 Amount $101.50 Date 5/26/2022

Check 53612 Back

TEXAS PARTNERS BANK

Primary Account: ■■21

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053613
DATE Apr 28, 2022
AMOUNT $284.50
Pay Two Hundred Eighty Four Dollars and 50 Cents
VOID AFTER 90 DAYS
to the Order of
American Security & Electronics LLC
2211 Schillinger Road S.
Mobile, AL 36695

Check 53613 Amount $284.50 Date 5/9/2022

Regions Ban

Check 53613 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053614
DATE Apr 28, 2022
AMOUNT $154.00
Pay One Hundred Fifty Four Dollars and 00 Cents
VOID AFTER 90 DAYS
to the Order of:
John F Dorney
5700 Cory Place
El Paso, TX 79932

Check 53614 Amount $154.00 Date 5/17/2022

PAY TO THE ORDER OF
FOR DEPOSIT ONLY
DORNEY SECURITY SYSTEMS, INC.

Check 53614 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053615
DATE Apr 28, 2022
AMOUNT $532.62
Pay Five Hundred Thirty Two Dollars and 62 Cents
VOID AFTER 90 DAYS
to the Order of:
Mark Roberts

Check 53615 Amount $532.62 Date 5/12/2022

ENDORSEMENT
MAY 10 2022

Check 53615 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053616
DATE Apr 28, 2022
AMOUNT $250.79
Pay Two Hundred Fifty Dollars and 79 Cents
VOID AFTER 90 DAYS
to the Order of:
Randy Plante

Check 53616 Amount $250.79 Date 5/11/2022

ENDORSE HERE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

Check 53616 Back

Primary Account: [redacted]21

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053617
DATE AMOUNT
Pay Three Hundred Forty One Dollars and 25 Cents Apr 23, 2022 $341.25
VOID AFTER 90 DAYS
to the Order of:
Bazil Biggs
40 South Unit #1
Bristol, CT 06010
AUTHORIZED SIGNATURE
⑈053617⑈ ⑆114025641⑆ [redacted]

Check 53617 Amount $341.25 Date 5/6/2022

ENDORSE HERE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Check 53617 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053618
DATE AMOUNT
Pay Fifty Two Dollars and 00 Cents Apr 23, 2022 $52.00
VOID AFTER 90 DAYS
to the Order of:
Larry James Chaisson
5122 Ballard Beacon
Converse, TX 78109
AUTHORIZED SIGNATURE
⑈053618⑈ ⑆114025641⑆ [redacted]

Check 53618 Amount $52.00 Date 5/12/2022

ENDORSE HERE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

Check 53618 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053619
DATE AMOUNT
Pay Six Hundred Twenty Seven Dollars and 50 Cents Apr 23, 2022 $627.50
VOID AFTER 90 DAYS
to the Order of:
James Marcellus Bullard
[illegible] McCollum Weaver Rd. SW
[illegible], GA [illegible]
AUTHORIZED SIGNATURE
⑈053619⑈ ⑆114025641⑆ [redacted]

Check 53619 Amount $627.50 Date 5/9/2022

ENDORSE HERE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Check 53619 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio 053620
DATE AMOUNT
Pay Two Hundred Eighty Two Dollars and 00 Cents Apr 28, 2022 $282.00
VOID AFTER 90 DAYS
to the Order of:
Jerome Rogers Jr.
2273 Semmes Drive
Montgomery, AL 36106
AUTHORIZED SIGNATURE
⑈053620⑈ ⑆114025641⑆ [redacted]

Check 53620 Amount $282.00 Date 5/9/2022

ENDORSE HERE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Check 53620 Back

TEXAS PARTNERS BANK

Primary Account: ██21

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053621
DATE AMOUNT
VOID AFTER 90 DAYS
Grid Security LLC
AUTHORIZED SIGNATURE

Check 53621 Amount $637.05 Date 5/13/2022

Check 53621 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053622
DATE AMOUNT
Pay Eighty Five Dollars and 00 Cents
Apr 28, 2022 $85.00
VOID AFTER 90 DAYS
to the Order of:
Invictus Alarm LLC
AUTHORIZED SIGNATURE

Check 53622 Amount $85.00 Date 5/9/2022

FOR DEPOSIT ONLY

Check 53622 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053623
DATE AMOUNT
Pay Eight Hundred Twelve Dollars and 65 Cents
May 13, 2022 $812.65
VOID AFTER 90 DAYS
to the Order of:
JOHN GERALDS
AUTHORIZED SIGNATURE

Check 53623 Amount $812.65 Date 5/20/2022

FOR MOBILE DEPOSIT ONLY
PNC BANK

Check 53623 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053626
DATE AMOUNT
May 13, 2022 $444.90
VOID AFTER 90 DAYS
to the Order of:
Juan Lin
AUTHORIZED SIGNATURE

Check 53626 Amount $444.90 Date 5/27/2022

Virtual Endorsement

Check 53626 Back

TEXAS PARTNERS BANK

Primary Account: ■■21

Check 53627 Amount $266.58 Date 5/27/2022

Check 53627 Back

Check 53629 Amount $562.50 Date 5/19/2022

Check 53629 Back

Check 53632 Amount $1,253.20 Date 5/24/2022

Check 53632 Back

Check 53633 Amount $6,250.00 Date 5/17/2022

Check 53633 Back

TEXAS PARTNERS BANK

Primary Account: ▇21

Check 53634 Amount $867.85 Date 5/19/2022

Check 53634 Back

Check 53648 Amount $340.00 Date 5/26/2022

Check 53648 Back

Check 53650 Amount $7,005.24 Date 5/27/2022

Check 53650 Back

Check 53651 Amount $51.50 Date 5/26/2022

Check 53651 Back

TEXAS PARTNERS BANK

Primary Account: [redacted]21

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053653

DATE May 19, 2022 AMOUNT $2,953.65

Pay Two Thousand Nine Hundred Fifty Three Dollars and 65 Cents

to the Order of: GRAYBAR ELECTRIC COMPANY INC
PO BOX 840458
DALLAS, TX 75284-0458

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

⑈053653⑈ ⑆114025641⑆ [redacted]

Check 53653 Amount $2,953.65 Date 5/23/2022

[redacted] CR PAYEE ACCT [redacted] BANK OF AMERICA

Check 53653 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053654

DATE May 19, 2022 AMOUNT $3,614.96

Pay Three Thousand Six Hundred Fourteen Dollars and 96 Cents

to the Order of: FLEXENTIAL CORP
PO BOX 732368
DALLAS, TX 75373-2368

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

⑈053654⑈ ⑆114025641⑆ [redacted] /0000361496/

Check 53654 Amount $3,614.96 Date 5/25/2022

JPMORGANCHASE BK NA CR TO END

[redacted]

Check 53654 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053655

DATE May 19, 2022 AMOUNT $2,355.53

Pay Two Thousand Three Hundred Fifty Five Dollars and 53 Cents

to the Order of: AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

⑈053655⑈ ⑆114025641⑆ [redacted]

Check 53655 Amount $2,355.53 Date 5/26/2022

Check 53655 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604E, STE 103
SAN ANTONIO, TX 78232

Bank of San Antonio 053656

DATE May 19, 2022 AMOUNT $1,316.86

Pay One Thousand Three Hundred Sixteen Dollars and 86 Cents

to the Order of: AT&T MOBILITY
NATIONAL BUSINESS SERVICES
PO BOX 9004
CAROL STREAM, IL 60197-9004

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

⑈053656⑈ ⑆114025641⑆ [redacted]

Check 53656 Amount $1,316.86 Date 5/26/2022

Check 53656 Back

TEXAS PARTNERS BANK

Primary Account: ▇▇21

Check 53657 Amount $1,272.00 Date 5/25/2022

Check 53657 Back

Check 53658 Amount $108.26 Date 5/26/2022

Check 53658 Back

Check 53671 Amount $500.00 Date 5/31/2022

Check 53671 Back

GENESIS NETWORKS TELECOM SERVICES, LLC
1354 N LOOP 1604 E, STE 103
SAN ANTONIO, TX 78232
Bank of San Antonio
053676
DATE
AMOUNT
VOID AFTER 90 DAYS
LEVEL 3 COMMUNICATIONS

Check 53676 Amount $16.79 Date 5/31/2022

Check 53676 Back